1  RICHARD J. IDELL, ESQ. (SBN 069033)
   ORY SANDEL, ESQ. (SBN 233204)
2  ELIZABETH J. REST, ESQ. (SBN 244756)
3  IDELL & SEITEL LLP
   465 California Street, Suite 300
4  San Francisco, CA 94104
   Telephone: (415) 986-2400
5  Facsimile: (415) 392-9259
6  richard.idell@idellseitel.com

7  Attorneys for Plaintiffs Gregory R. Raifman and
   Susan Raifman, individually and as Trustees for the
8  Raifman Family Revocable Trust Dated 7/2/03,
9  and Gekko Holdings, LLC, an Alaska
   limited liability company, dba Gekko Breeding and Racing
10
                  UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA

12 GREGORY R. RAIFMAN, individually and as       | CASE NO. 07 2552
   Trustee of the RAIFMAN FAMILY REVOCABLE
13 TRUST DATED 7/2/03, SUSAN RAIFMAN,            | **PLAINTIFFS' CERTIFICATION OF**
14 individually and as Trustee of the RAIFMAN    | **INTERESTED ENTITIES OR PERSONS**
   FAMILY REVOCABLE TRUST DATED 7/2/03,         | **PURSUANT TO CIVIL LOCAL RULE 3-16**
15 and GEKKO HOLDINGS, LLC, an Alaska limited
16 liability company, dba GEKKO BREEDING AND
   RACING,
17
              Plaintiff,
18
       v.
19
   CLASSICSTAR, LLC, a Utah limited liability
20 company, CLASSICSTAR FARMS, LLC, a
   Kentucky limited liability company, BUFFALO
21 RANCH, a business entity form unknown,
   GEOSTAR CORPORATION, a Delaware
22 corporation, S. DAVID PLUMMER, SPENCER D.
   PLUMMER III, TONY FERGUSON, THOMAS
23 ROBINSON, JOHN PARROT, HANDLER,
   THAYER & DUGGAN, LLC, an Illinois Limited
24 Liability Company, THOMAS J. HANDLER,
25 KARREN, HENDRIX, STAGG, ALLEN &
   COMPANY, P.C., a Utah professional corporation
26 f/k/a KARREN, HENDRIX & ASSOCIATES,
   P.C., a Utah professional corporation, TERRY L.
27 GREEN, and DOES 1-1000 inclusive,
              Defendants.
28

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO
CIVIL LOCAL RULE 3-16

1  Plaintiffs GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN
2  FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee
3  of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS,
4  LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING (collectively,
5  "Plaintiffs"), submits this Certification of Interested Entities or Persons Pursuant to Civil Local Rule
6  3-16.
7  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
8  associations of persons, firms, partnerships, corporations (including parent corporations) or other
9  entities (i) have a financial interest in the subject matter in controversy or in a party to the
10 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
11 substantially affected by the outcome of this proceeding:

1. All Plaintiffs and all Defendants;
2. Charles Joseph Ramos;
3. Ramos Financial Corporation, a California Corporation;
4. Private Capital Management, Inc., a California Corporation;
5. Robert Lee Keys; and
6. Private Consulting Group, Inc., a California Corporation.

IDELL & SEITEL LLP

Dated: May 14, 2007     By: _____
Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiffs Gregory R. Raifman and Susan
Raifman, individually and as Trustees for the Raifman
Family Revocable Trust Dated 7/2/03, and Gekko
Holdings, LLC, an Alaska limited liability company,
dba Gekko Breeding and Racing

2

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO
CIVIL LOCAL RULE 3-16