1  EDWARD C. DUCKERS (SBN 242113)
   STOEL RIVES LLP
2  111 Sutter Street, Suite 700
   San Francisco, CA 94104
3  Telephone: (415) 617-8900
   Facsimile: (415) 676-3000
4  E-mail: ecduckers@stoel.com

5  Attorneys for Defendant
   Strategic Opportunity Solutions, LLC,
6  d/b/a Buffalo Ranch

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | GREGORY R. RAIFMAN, individually and as         | Case No. C 07-2552 EDL
   | Trustee of the RAIFMAN FAMILY                   |
11 | REVOCABLE TRUST DATED 7/2/03,                   | **DECLARATION OF S. DAVID**
   | SUSAN RAIFMAN, individually and as              | **PLUMMER IN SUPPORT OF**
12 | Trustee of the RAIFMAN FAMILY                   | **MOTION TO DISMISS**
   | REVOCABLE TRUST DATED 7/2/03, and               |
13 | GEKKO HOLDINGS, LLC, an Alaska limited          | Hearing Date:  Tuesday, July 24, 2007
   | liability company, dba GEKKO BREEDING           | Hearing Time:  9:00 a.m.
14 | AND RACING,                                     | Courtroom:     E, 15th Floor

15           Plaintiffs,                             The Honorable Elizabeth D. Laporte

16    v.

17 CLASSICSTAR, LLC, a Utah limited liability
   company, CLASSICSTAR FARMS, LLC, a
18 Kentucky limited liability company,
   BUFFALO RANCH, a business entity form
19 unknown, GEOSTAR CORPORATION, a
   Delaware corporation, S. DAVID PLUMMER,
20 SPENCER D. PLUMMER III, TONY
   FERGUSON, THOMAS ROBINSON, JOHN
21 PARROT, HANDLER, THAYER &
   DUGGAN, LLC, an Illinois Limited Liability
22 Company, THOMAS J. HANDLER,
   KARREN, HENDRIX, STAGG, ALLEN &
23 COMPANY, P.C., a Utah professional
   corporation f/k/a KARREN, HENDRIX &
24 ASSOCIATES, P.C., a Utah professional
   corporation, TERRY L. GREEN, and DOES 1-
25 1000 inclusive,

26           Defendants.

27

28

DECLARATION OF S. DAVID PLUMMER        -1-                              C 07-2552
IN SUPPORT OF MOTION TO DISMISS

Seattle-3372367.1 0055012-00001

I, S. David Plummer, herby declare:

1. I am one of the founders of, and am currently a member of, Strategic Opportunity Solutions, LLC ("SOS"), a Utah limited liability company with its principal place of business in Farmington, Utah. I have personal knowledge of the matters declared herein, am over the age of eighteen, and if called as a witness would be competent to testify about the matters declared herein.

2. Since 2002, SOS has done business as Buffalo Ranch.

3. SOS has never:
   a. Qualified to do business in California;
   b. Owned or leased real or personal property in the state of California;
   c. Owed or been required to pay taxes in the state of California;
   d. Maintained an office in the state of California;
   e. Had employees or contractors who resided or were domiciled in the state of California;
   f. Conducted business with any of the plaintiffs;
   g. Conducted any horse breeding operations within California;
   h. Conducted advertising (print, radio, TV, or online) that was directed or circulated to only California residents or a small number of states including California;
   i. Conducted promotions directed only to California residents or a small number of states including California; or
   j. Sponsored events in California or a small number of states including California.

4. It would be burdensome to SOS to defend this action in this Court because SOS does not maintain an office in this state, and its employees, managers, and members who may serve as potential witnesses all reside or are domiciled in Utah or Texas. Moreover, all of SOS' documents are located at either its Utah or Texas facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2007, at Farmington, Utah.

_/s/ S. David Plummer_
S. David Plummer