| | |
|---|---|
| 1 | EDWARD C. DUCKERS (SBN 242113) |
|   | VANESSA A. IMBERG (SNC 203305) |
| 2 | STOEL RIVES LLP |
|   | 111 Sutter Street, Suite 700 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 617-8900 |
| 4 | Facsimile: (415) 676-3000 |
|   | E-mail: ecduckers@stoel.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | Strategic Opportunity Solutions, LLC, |
|   | d/b/a Buffalo Ranch |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING, | | Case No. C 07-2552 EDL<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| Plaintiffs, | | |
| v. | | |
| CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive, | | |
| Defendants. | | |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION    -1-    C 07-2552 EDL

Seattle-3372366.1 0055012-00001

1  The motion of defendant Strategic Opportunity Solutions, LLC, d/b/a Buffalo Ranch
2  ("SOS") for dismissal pursuant to Fed. R. Civ. P. 12(b)(2) came on regularly for hearing before
3  this Court on July 24, 2007, at 9:00 a.m. Counsel of record for SOS and for the plaintiffs offered
4  argument.

5  After full consideration of the pleadings, papers and exhibits filed by the parties and oral
6  argument,

7  IT IS HEREBY ORDERED that SOS' Motion to Dismiss for Lack of Personal
8  Jurisdiction is GRANTED, and all claims alleged against SOS are dismissed, with prejudice.

10  DATED: _____, 2007.

_____
Elizabeth D. Laporte
United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS FOR LACK OF PERSONAL    -2-                                C 07-2552 EDL
JURISDICTION
Seattle-3372366.1 0055012-00001