1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN
2  A Professional Corporation
   411 Borel Avenue, Suite 425
3  San Mateo, California 94402-3518

4  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
5
   Attorneys for Defendants
6  KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and TERRY L. GREEN

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 GREGORY R. RAIFMAN, individually    )   CASE NO. C 07 2552 EDL
   and as Trustee of the RAIFMAN       )
11 FAMILY REVOCABLE TRUST              )
   DATED 7/2/03, SUSAN RAIFMAN,        )
12 individually and as Trustee of the  )
   RAIFMAN FAMILY REVOCABLE            )   STIPULATION TO EXTEND TIME TO
13 TRUST DATED 7/2/03, and GEKKO       )   ANSWER OR OTHERWISE RESPOND
   HOLDINGS, LLC, an Alaska limited    )   TO COMPLAINT
14 liability company, dba GEKKO        )
   BREEDING AND RACING,                )
15                                     )
            Plaintiffs,                )
16                                     )
   vs.                                 )
17                                     )
   CLASSICSTAR, LLC, a Utah limited    )
18 liability company, CLASSICSTAR      )
   FARMS, LLC, a Kentuckey limited     )
19 liability company, BUFFALO RANCH, a )
   business entity form unknown, GEOSTAR)
20 CORPORATION, a Delaware             )
   corporation, S. DAVID PLUMMER,      )
21 SPENCER D. PLUMMER III, TONY        )
   FERGUSON, THOMAS ROBINSON,          )
22 JOHN PARROT, HANDLER THAYER         )
   & DUGGAN, LLC, an Illinois Limited  )
23 Liability Company, THOMAS J.        )
   HANDLER, KARREN, HENDRIX,           )
24 STAGG, ALLEN & COMPANY, P.C., a     )
   Utah professional corporation f/k/a )
25 KARREN, HENDRIX & ASSOCIATES,       )
   P.C., a Utah professional corporation,)
26 TERRY L. GREEN, and DOES 1-1000     )
   inclusive,                          )
27                                     )
            Defendants.                )
28 _____)

                                    1
                                        STIPULATION TO EXTEND TIME
                                        TO RESPOND TO COMPLAINT

## STIPULATION

Defendants KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, and TERRY L. GREEN, an individual, hereby stipulate with plaintiffs GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING, by and through their respective attorneys of record, as follows:

1. That defendants KARREN, HENDRIX, STAGG, ALLEN & COMPANY and TERRY L. GREEN shall have until Friday, July 27, 2007 to file a responsive pleading to the complaint on file herein.

So stipulated.

FARBSTEIN & BLACKMAN, APC

_____ 6/18/07
JOHN S. BLACKMAN
Attorneys for Defendants KARREN,
HENDRIX, STAGG, ALLEN & CO.
and TERRY L. COX

IDELL & SEITEL, LLP

_____ 6-18-07
RICHARD J. IDELL
Attorneys for Plaintiffs

## PROOF OF SERVICE
### Raifman Family Trust v. ClassicStar, LLC, et al.
### USDC Northern District of California, Case No. C-07-2552 EDL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On June 19, 2007, I served the following document(s):

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

on the following person(s) by the method(s) indicated below:

| Richard J. Idell, Esq.<br>Idell & Seitel, LLP<br>Merchants Exchange Building<br>465 California Street, Suite 300<br>San Francisco, CA 94104 | Attorneys for Plaintiffs<br>Tel: (415)986-2400<br>Fax: 1-415-392-9259<br>email: richard.idell@idellseitel.com |
|---|---|
| Vanessa Avril Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104 | Attorneys for Defendant Strategic Opportunity Solutions, LLC, dba Buffalo Ranch<br>Tel: 415-617-8993<br>Fax: 415-676-3000<br>Email: vaimberg@stoel.com |

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[X]  by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on June 19, 2007.

_____
SUZANNE T. FARBSTEIN