FRED S. BLUM, ESQ. (SBN 101586)
ROBERT S. KRAFT, ESQ. (SBN 57517)
**BASSI, MARTINI, EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendants
**CLASSICSTAR, LLC, CLASSICSTAR FARMS, LLC, GEOSTAR CORPORATION, TONY FERGUSON, THOMAS ROBINSON, and JOHN PARROT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, SUSAN RAIFMAN AND GEKKO HOLDINGS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>CLASSICSTAR, LLC, et al.,<br><br>Defendants. | CASE NO.   3:07-CV-02552-EDL<br><br>**ORDER**<br><br>Date:  July 31, 2007<br>Time:  9:00 a.m.<br>The Honorable Judge Elizabeth D. Laporte |

This matter having come before the Court upon the Motion to Stay Pending Ruling by Judicial Panel on Multidistrict Litigation filed by Defendants ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson, and John Parrot and the Court being otherwise sufficiently advised,

///

///

///

29822 wpd

1

ORDER

1     IT IS HEREBY ORDERED that the motion be, and is, GRANTED and this action is stayed

2 pending further orders of this Court.

3     Entered this _____ day of June, 2007.

                                                          _____
                                                          JUDGE, UNITED STATES DISTRICT COURT

TENDERED BY:

/s/Fred S. Blum
Fred S. Blum, Esq. (SBN 101586)
Robert S. Kraft, Esq. (SBN 57517)
BASSI, MARTINI, EDLIN & BLUM LLP
351 California Street, Suite 200
San Francisco, California 94104
COUNSEL FOR DEFENDANTS
CLASSICSTAR, LLC; CLASSICSTAR FARMS, LLC;
GEOSTAR CORP., TONY FERGUSON, THOMAS ROBINSON
AND JOHN PARROT

29822 wpd

---

29822 wpd

2

ORDER