1  EDWARD C. DUCKERS (SBN 242113)
   VANESSA A. IMBERG (SBN 203305)
2  STOEL RIVES LLP
   111 Sutter Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 617-8900
4  Facsimile: (415) 676-3000
   E-mail: ecduckers@stoel.com
5
   Attorneys for Defendant
6  Spencer D. Plummer III

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 GREGORY R. RAIFMAN, individually and as        Case No. C 07-2552 EDL
   Trustee of the RAIFMAN FAMILY
11 REVOCABLE TRUST DATED 7/2/03,                  **[PROPOSED]**
   SUSAN RAIFMAN, individually and as
12 Trustee of the RAIFMAN FAMILY                  **ORDER GRANTING MOTION TO
   REVOCABLE TRUST DATED 7/2/03, and             DISMISS FOR FAILURE TO STATE A
13 GEKKO HOLDINGS, LLC, an Alaska limited        CLAIM UPON WHICH RELIEF MAY
   liability company, dba GEKKO BREEDING         BE GRANTED**
14 AND RACING,

15                   Plaintiffs,

16          v.

17 CLASSICSTAR, LLC, a Utah limited liability
   company, CLASSICSTAR FARMS, LLC, a
18 Kentucky limited liability company,
   BUFFALO RANCH, a business entity form
19 unknown, GEOSTAR CORPORATION, a
   Delaware corporation, S. DAVID PLUMMER,
20 SPENCER D. PLUMMER III, TONY
   FERGUSON, THOMAS ROBINSON, JOHN
21 PARROT, HANDLER, THAYER &
   DUGGAN, LLC, an Illinois Limited Liability
22 Company, THOMAS J. HANDLER,
   KARREN, HENDRIX, STAGG, ALLEN &
23 COMPANY, P.C., a Utah professional
   corporation f/k/a KARREN, HENDRIX &
24 ASSOCIATES, P.C., a Utah professional
   corporation, TERRY L. GREEN, and DOES 1-
25 1000 inclusive,

26                   Defendants.

27

28

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS FOR FAILURE TO STATE A          -1-                        C 07-2552 EDL
CLAIM
Seattle-3374483.1 0055012-00005

1    The motion of defendant Spencer D. Plummer III ("Spencer Plummer") for dismissal

2    pursuant to Fed. R. Civ. P. 12(b)(6) came on regularly for hearing before this Court on July 31,

3    2007, at 9:00 a.m.  Counsel of record for Spencer Plummer and for the plaintiffs offered

4    argument.

5        After full consideration of the pleadings and papers filed by the parties and oral argument,

6        IT IS HEREBY ORDERED that Spencer Plummer's Motion to Dismiss for Failure to

7    State a Claim Upon Which Relief may be Granted is GRANTED, and all claims alleged against

8    Spencer Plummer are dismissed, with prejudice.

9

10   DATED: _____, 2007.

11                                          _____
                                            Elizabeth D. Laporte
                                            United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS FOR FAILURE TO STATE A          -2-                          C 07-2552 EDL
CLAIM
Seattle-3374483.1 0055012-00005