1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN
2  A Professional Corporation
   411 Borel Avenue, Suite 425
3  San Mateo, California 94402-3518

4  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
5
   Attorneys for Defendants
6  KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and TERRY L. GREEN

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 GREGORY R. RAIFMAN, individually          )   CASE NO. C 07 2552 EDL
   and as Trustee of the RAIFMAN             )
11 FAMILY REVOCABLE TRUST                    )
   DATED 7/2/03, SUSAN RAIFMAN,              )
12 individually and as Trustee of the        )   **DEFENDANTS KARREN HENDRIX
   RAIFMAN FAMILY REVOCABLE                  )   STAGG ALLEN & COMPANY, P.C. and
13 TRUST DATED 7/2/03, and GEKKO             )   TERRY L. GREEN'S CONSENT TO
   HOLDINGS, LLC, an Alaska limited          )   PROCEED BEFORE A UNITED STATES
14 liability company, dba GEKKO              )   MAGISTRATE JUDGE**
   BREEDING AND RACING,                      )
15                                           )
                Plaintiffs,                  )
16                                           )
   vs.                                       )
17                                           )
   CLASSICSTAR, LLC, a Utah limited          )
18 liability company, CLASSICSTAR            )
   FARMS, LLC, a Kentuckey limited           )
19 liability company, BUFFALO RANCH, a       )
   business entity form unknown, GEOSTAR     )
20 CORPORATION, a Delaware                   )
   corporation, S. DAVID PLUMMER,            )
21 SPENCER D. PLUMMER III, TONY              )
   FERGUSON, THOMAS ROBINSON,                )
22 JOHN PARROT, HANDLER THAYER               )
   & DUGGAN, LLC, an Illinois Limited        )
23 Liability Company, THOMAS J.              )
   HANDLER, KARREN, HENDRIX,                 )
24 STAGG, ALLEN & COMPANY, P.C., a           )
   Utah professional corporation f/k/a       )
25 KARREN, HENDRIX & ASSOCIATES,             )
   P.C., a Utah professional corporation,    )
26 TERRY L. GREEN, and DOES 1-1000           )
   inclusive,                                )
27                                           )
                Defendants.                  )
28 _____   )

                                1
                                    _____
                                    CONSENT TO PROCEED BEFORE A UNITED
                                    STATES MAGISTRATE JUDGE

1  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

2       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
3  party in the above-captioned civil matter hereby voluntarily consents to have a United
4  States Magistrate Judge conduct any and all further proceedings in the case, including trial,
5  and order the entry of a final judgment.  Appeal from the judgment shall be taken directly
6  to the United States Court of Appeals for the Ninth Circuit.

7

8  DATED:  June 27, 2007                         FARBSTEIN & BLACKMAN, APC

9

10                                              _____
                                                DONALD F. FARBSTEIN
11                                              Attorneys for defendants
                                                KARREN HENDRIX STAGG ALLEN
12                                              & CO., P.C. and TERRY L. GREEN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
<u>Raifman Family Trust v. ClassicStar, LLC, et al.</u>
USDC Northern District of California, Case No. C-07-2552 EDL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On June 27, 2007, I served the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Richard J. Idell, Esq.<br>Idell & Seitel, LLP<br>Merchants Exchange Building<br>465 California Street, Suite 300<br>San Francisco, CA 94104 | Attorneys for Plaintiffs<br>Tel: (415)986-2400<br>Fax: 1-415-392-9259<br>email: richard.idell@idellseitel.com |
| Vanessa Avril Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104 | Attorneys for Defendant Strategic Opportunity Solutions, LLC, dba Buffalo Ranch<br>Tel: 415-617-8993<br>Fax: 415-676-3000<br>Email: vaimberg@stoel.com |
| Fred M. Blum, Esq.<br>Bassi Martini Edlin & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104 | Attorneys for defendant Classicstar Farms, LLC<br>Tel: (415) 397-9006<br>email: fblum@bmeblaw.com |
| Edward Charles Duckers, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104 | Attorneys for defendant Spencer D. Plummer, III<br>Tel: (415) 617-8900<br>email: ECDuckers@stoel.com |

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]   by personally delivering the document(s) listed above to the person(s) at the

3

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1       address(es) set forth herein.

2 [ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[X]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein.

    I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on June 27, 2007.

_____
SUZANNE T. FARBSTEIN