1  FRED M. BLUM, ESQ. (SBN 101586)
   ROBERT S. KRAFT, ESQ. (SBN 57517)
2  **BASSI, MARTINI, EDLIN & BLUM LLP**
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:   (415) 397-9006
4  Facsimile:   (415) 397-1339

5

   Attorneys for DEFENDANTS
6  **CLASSICSTAR, LLC, ET AL**

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13  GREGORY R. RAIFMAN, SUSAN RAIFMAN )    CASE NO.    C 07 2552
    AND GEKKO HOLDINGS, LLC,          )
                                       )   **DEFENDANTS CLASSICSTAR**
14              Plaintiffs,            )   **LLC, CLASSICSTAR FARMS LLC,**
                                       )   **TONY FERGUSON, THOMAS**
15         vs.                         )   **ROBINSON AND JOHN PARROT**
                                       )   **CONSENT TO PROCEED BEFORE**
16  CLASSICSTAR, LLC, et al,           )   **A UNITED STATES MAGISTRATE**
                                       )   **JUDGE**
17              Defendants.            )
                                       )
18                                     )

19  _____

20       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

21       In accordance with the provision of Title 28, US.C. section 63(c), the undersigned party in

22  the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

23  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

24

25

26

27

28

30198.wpd

1

Defendants ClassicStar LLC, ClassicStar Farms LLC, Tony Ferguson, Thomas Robinson And John Parrot Consent
To Proceed Before a United States Magistrate Judge

1 | final judgment.  Appeal from the judgment shall be taken directly to the United States Court of

2 | Appeals for the Ninth Circuit.

3 |

4 | Dated: June 28, 2007

Signature

6 | Counsel for ClassicStar LLC
(Name or party or indicate "pro se")
7 | ClassicStar Farms LLC, GeoStar Corporation,
Tony, Ferguson, Thomas Robinson,
8 | John Parrot

30198 wpd

Defendants ClassicStar LLC, ClassicStar Farms LLC, Tony Ferguson, Thomas Robinson And John Parrot Consent
To Proceed Before a United States Magistrate Judge