1 | Re: **GREGORY R. RAIFMAN, SUSAN RAIFMAN AND GEKKO HOLDINGS, LLC v. CLASSICSTAR, LLC, et al**
2 | United States District Court, Northern District, Case No. C 07 2552

3 | **PROOF OF SERVICE - CCP § 1013(a)(3)**

4 | STATE OF CALIFORNIA/COUNTY OF San Francisco

5 | I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**DEFENDANTS CLASSICSTAR LC, CLASSICSTAR FARMS LLC, TONY FERGUSON, THOMAS ROBINSON AND JOHN PARROT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following parties:

Richard Idell, Esq.  
Idell & Seitel, LLP  
465 California St., Suite 300  
San Francisco, CA 94104

John S. Blackman, Esq.  
Farbstein & Blackman  
A Professional Corporation  
411 Borel Avenue, Suite 425  
San Mateo, CA 94402-3518

___ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

___ **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

XX **E-FILE:** I caused a copy of said documents to be e-filed to the parties listed above.

___ **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on June 28, 2007, at San Francisco, California.

_____  
ROSE WARREN

30205.wpd

PROOF OF SERVICE