1  RICHARD J. IDELL, ESQ. (SBN 069033)
   ORY SANDEL, ESQ. (SBN 233204)
2  ELIZABETH J. REST, ESQ. (SBN 244756)
3  IDELL & SEITEL LLP
   465 California Street, Suite 300
4  San Francisco, CA 94104
   Telephone: (415) 986-2400
5  Facsimile: (415) 392-9259
6
   Attorneys for Plaintiffs Gregory R. Raifman and
7  Susan Raifman, individually and as Trustees for the
   Raifman Family Revocable Trust Dated 7/2/03,
8  and Gekko Holdings, LLC, an Alaska
9  limited liability company, dba Gekko Breeding and Racing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br><br>Defendants. | CASE NO. C 07-02552 EDL<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY STRATEGIC OPPORTUNITY SOLUTIONS, LLC, D/B/A BUFFALO RANCH**<br><br>**Date:** July 24, 2007<br>**Time:** 9:00 a.m.<br>**Place:** 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom E, 15th Floor<br><br>**Complaint Filed:** May 14, 2007<br><br>The Honorable Elizabeth D. Laporte |

1

STIPULATION CONTINUING HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY STRATEGIC OPPORTUNITY SOLUTIONS, LLC, D/B/A BUFFALO RANCH

All of the Plaintiffs in this action, through their undersigned counsel and Strategic Opportunity Solutions, LLC, d/b/a Buffalo Ranch, hereby stipulate as follows with regard to the hearing on the Motion to Dismiss for Lack of Personal Jurisdiction filed by Buffalo Ranch:

1    The parties referenced above hereby stipulate that the hearing on the Motion to Dismiss for Lack of Personal Jurisdiction filed by Buffalo Ranch shall be continued from July 24, 2007 to July 31, 2007 at 9:00 a.m. in Courtroom E, 15th Floor the Honorable Elizabeth D. Laporte, presiding

2    The date for filing opposition papers and reply papers shall run from the new date pursuant to local rule

3    The parties shall submit this Stipulation to the Court for an Order thereon.

IDELL & SEITEL LLP

Dated: 7/2/07        By: _____
                         Richard J. Idell
                         Ory Sandel
                         Elizabeth J. Rest
                         Attorneys for Plaintiffs Gregory R. Raifman and Susan Raifman, individually and as Trustees for the Raifman Family Revocable Trust Dated 7/2/03, and Gekko Holdings, LLC, an Alaska limited liability company, dba Gekko Breeding and Racing

STOEL RIVES LLP

Dated: 6/29/07       By: _____
                         J. Ronald Sim  Edward C. Duckers
                         Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel 465 California Street, Suite 300, San Francisco, California 94104.

On July 2, 2007, I served the following document(s):

STIPULATION CONTINUING HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY STRATEGIC OPPORTUNITY SOLUTIONS, LLC DBA BUFFALO RANCH

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell Seitel & Rutchik for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

| | |
|---|---|
| John S. Blackman, Esq.<br>Farbstein & Blackman, APC<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402<br>Fax: 650-554-6240<br>Email: jsb@farbstein.com<br>*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C.* | Edward C. Duckers, Esq.<br>Vanessa A. Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Fax: 415-676-3000<br>Email: ecduckers@stoel.com<br>       vaimberg@stoel.com<br>*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch* |

PROOF OF SERVICE

Fred S. Blum, Esq.
Robert S. Kraft, Esq.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
Fax: 415-397-1339
Email: fblum@bmeblaw.com
rkraft@bmeblaw.com
*Attorneys for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot*

J. Ronald Sim
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Fax: 206-386-7500
Email: jrsim@stoel.com
*Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens