1  RICHARD J. IDELL, ESQ. (SBN 069033)
   ORY SANDEL, ESQ. (SBN 233204)
2  ELIZABETH J. REST, ESQ. (SBN 244756)
3  IDELL & SEITEL LLP
   465 California Street, Suite 300
4  San Francisco, CA 94104
   Telephone: (415) 986-2400
5  Facsimile: (415) 392-9259
6
   Attorneys for Plaintiffs Gregory R. Raifman and
7  Susan Raifman, individually and as Trustees for the
   Raifman Family Revocable Trust Dated 7/2/03,
8  and Gekko Holdings, LLC, an Alaska
9  limited liability company, dba Gekko Breeding and Racing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br><br>Defendants. | CASE NO. C 07-02552 EDL<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY STRATEGIC OPPORTUNITY SOLUTIONS, LLC, D/B/A BUFFALO RANCH**<br><br>**Date:** July 24, 2007<br>**Time:** 9:00 a.m.<br>**Place:** 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom E, 15th Floor<br><br>**Complaint Filed:** May 14, 2007<br><br>The Honorable Elizabeth D. Laporte |

1

ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY
STRATEGIC OPPORTUNITY SOLUTIONS, LLC, D/B/A BUFFALO RANCH

The Stipulation of Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch and the Plaintiffs, through their counsel, was considered and approved by the Court and pursuant to the terms of the Stipulation, the Court makes the following order:

IT IS HEREBY ORDERED that the hearing on the Motion to Dismiss for Lack of Personal Jurisdiction filed by Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch is continued from July 24, 2007 to July 31, 2007. All deadlines to file opposition and reply papers shall run from the new hearing date pursuant to local rule.

Dated: July 2, 2007

IT IS SO ORDERED
Judge Elizabeth D. Laporte

The Honorable Elizabeth D. Laporte, United States Magistrate