UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY R RAIFMAN and
SUSAN RAIFMAN,

        Plaintiffs,

        v.

CLASSICSTAR, LLC, et al.,

        Defendants
_____/

No. C-07-02552 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

        The motion hearing set for July 31, 2007 at 9:00 a.m. and the Case Management Conference previously scheduled for August 21, 2007, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: July 5, 2007

        Richard W. Wieking, Clerk
        United States District Court

        By: Lili M. Harrell
        Deputy Clerk