1  JOHN S. BLACKMAN (SB#114654)
   DONALD F. FARBSTEIN (SB#23113)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California 94402-3518
4
   Telephone: (650) 554-6200
5  Facsimile: (650) 554-6240

6  Attorneys for Defendants
   KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and TERRY L. GREEN
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 GREGORY R. RAIFMAN, individually      )   CASE NO. C 07 2552 EDL
   and as Trustee of the RAIFMAN         )
11 FAMILY REVOCABLE TRUST                )
   DATED 7/2/03, SUSAN RAIFMAN,          )
12 individually and as Trustee of the    )   DEFENDANTS KARREN HENDRIX
   RAIFMAN FAMILY REVOCABLE              )   STAGG ALLEN & COMPANY, P.C. and
13 TRUST DATED 7/2/03, and GEKKO         )   TERRY L. GREEN'S STATEMENT OF
   HOLDINGS, LLC, an Alaska limited      )   NONOPPOSITION TO CLASSICSTAR,
14 liability company, dba GEKKO          )   LLC'S MOTION TO STAY PENDING
   BREEDING AND RACING,                  )   RULING BY JUDICIAL PANEL ON
15                                       )   MULTI-DISTRICT LITIGATION
                Plaintiffs,              )
16                                       )
   vs.                                   )
17                                       )
   CLASSICSTAR, LLC, a Utah limited      )
18 liability company, CLASSICSTAR        )
   FARMS, LLC, a Kentuckey limited       )
19 liability company, BUFFALO RANCH, a   )
   business entity form unknown, GEOSTAR )
20 CORPORATION, a Delaware               )
   corporation, S. DAVID PLUMMER,        )
21 SPENCER D. PLUMMER III, TONY          )
   FERGUSON, THOMAS ROBINSON,            )
22 JOHN PARROT, HANDLER THAYER           )
   & DUGGAN, LLC, an Illinois Limited    )
23 Liability Company, THOMAS J.          )
   HANDLER, KARREN, HENDRIX,             )
24 STAGG, ALLEN & COMPANY, P.C., a       )
   Utah professional corporation f/k/a   )
25 KARREN, HENDRIX & ASSOCIATES,         )
   P.C., a Utah professional corporation,)
26 TERRY L. GREEN, and DOES 1-1000       )
   inclusive,                            )
27                                       )
                Defendants.              )
28 _____ )

                                        1
                                              _____
                                              KARREN HENDRIX, ET AL. AND TERRY
                                              GREEN'S STATEMENT OF NONOPPOSITION

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

3      PLEASE TAKE NOTICE that Defendants KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and TERRY L. GREEN do not oppose the Motion to Stay Pending Ruling By Judicial Panel on Multi-district Litigation filed by defendants CLASSICSTAR LLC, CLASSICSTAR FARMS LLC, GEOSTAR CORPORATION, TONY FERGUSON, THOMAS ROBINSON AND JOHN PARROT, set for hearing on July 31, 2007.

                                                    Respectfully submitted,

DATED: July 5, 2007                         FARBSTEIN & BLACKMAN, APC

                                                  DONALD F. FARBSTEIN
                                                  Attorneys for defendants
                                                  KARREN HENDRIX STAGG ALLEN
                                                  & CO., P.C. and TERRY L. GREEN

KARREN HENDRIX, ET AL. AND TERRY
GREEN'S STATEMENT OF NONOPPOSITION

**PROOF OF SERVICE**
**Raifman Family Trust v. ClassicStar, LLC, et al.**
**USDC Northern District of California, Case No. C-07-2552 EDL**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On July 5, 2007, I served the following document(s):

DEFENDANTS KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and TERRY L. GREEN'S STATEMENT OF NONOPPOSITION TO CLASSICSTAR, LLC'S MOTION TO STAY PENDING RULING BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Richard J. Idell, Esq.<br>Idell & Seitel, LLP<br>Merchants Exchange Building<br>465 California Street, Suite 300<br>San Francisco, CA 94104 | Attorneys for Plaintiffs<br>Tel: (415)986-2400<br>Fax: 1-415-392-9259<br>email: richard.idell@idellseitel.com |
| Vanessa Avril Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104 | Attorneys for Defendant Strategic Opportunity Solutions, LLC, dba Buffalo Ranch<br>Tel: 415-617-8993<br>Fax: 415-676-3000<br>Email: vaimberg@stoel.com |
| Fred M. Blum, Esq.<br>Bassi Martini Edlin & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104 | Attorneys for defendant Classicstar Farms, LLC<br>Tel: (415) 397-9006<br>email: fblum@bmeblaw.com |
| Edward Charles Duckers, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104 | Attorneys for defendant Spencer D. Plummer, III<br>Tel: (415) 617-8900<br>email: ECDuckers@stoel.com |

[XX]  by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[XX]  by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on July 5, 2007.

_/s/ Suzanne Farbstein_
SUZANNE T. FARBSTEIN

3
KARREN HENDRIX, ET AL. AND TERRY GREEN'S STATEMENT OF NONOPPOSITION