1  JOHN S. BLACKMAN (SB#114654)
   DONALD F. FARBSTEIN (SB#23113)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
4
   Telephone: (650) 554-6200
5  Facsimile: (650) 554-6240

6  Attorneys for Defendants
   KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and TERRY L. GREEN
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  GREGORY R. RAIFMAN, individually    )    CASE NO. C 07 2552 EDL
    and as Trustee of the RAIFMAN       )
11  FAMILY REVOCABLE TRUST              )
    DATED 7/2/03, SUSAN RAIFMAN,        )
12  individually and as Trustee of the  )    DEFENDANTS KARREN HENDRIX
    RAIFMAN FAMILY REVOCABLE            )    STAGG ALLEN & COMPANY, P.C. and
13  TRUST DATED 7/2/03, and GEKKO       )    TERRY L. GREEN'S JOINDER IN
    HOLDINGS, LLC, an Alaska limited    )    CLASSICSTAR, LLC'S MOTION TO
14  liability company, dba GEKKO        )    STAY PENDING RULING BY
    BREEDING AND RACING,                )    JUDICIAL PANEL ON MULTI-
15                                      )    DISTRICT LITIGATION
              Plaintiffs,               )
16                                      )
    vs.                                 )
17                                      )
    CLASSICSTAR, LLC, a Utah limited    )
18  liability company, CLASSICSTAR      )
    FARMS, LLC, a Kentuckey limited     )
19  liability company, BUFFALO RANCH, a )
    business entity form unknown, GEOSTAR )
20  CORPORATION, a Delaware             )
    corporation, S. DAVID PLUMMER,      )
21  SPENCER D. PLUMMER III, TONY        )
    FERGUSON, THOMAS ROBINSON,          )
22  JOHN PARROT, HANDLER THAYER         )
    & DUGGAN, LLC, an Illinois Limited  )
23  Liability Company, THOMAS J.        )
    HANDLER, KARREN, HENDRIX,           )
24  STAGG, ALLEN & COMPANY, P.C., a     )
    Utah professional corporation f/k/a )
25  KARREN, HENDRIX & ASSOCIATES,       )
    P.C., a Utah professional corporation, )
26  TERRY L. GREEN, and DOES 1-1000     )
    inclusive,                          )
27                                      )
              Defendants.               )
28  _____ )

                                1

                    _____

1  TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2

3        PLEASE TAKE NOTICE that defendants KARREN HENDRIX STAGG ALLEN

4  & COMPANY, P.C. and TERRY L. GREEN  hereby join in the Motion to Stay Pending

5  Ruling By Judicial Panel on Multi-district Litigation filed by defendants CLASSICSTAR

6  LLC, CLASSICSTAR FARMS LLC, GEOSTAR CORPORATION, TONY

7  FERGUSON, THOMAS ROBINSON AND JOHN PARROT, set for hearing on July 31,

8  2007.

9

10                                        Respectfully submitted,

11

12  DATED:  July 5, 2007                  FARBSTEIN & BLACKMAN, APC

13

14                                        _____
                                          DONALD F. FARBSTEIN
15                                        Attorneys for defendants
                                          KARREN HENDRIX STAGG ALLEN
16                                        & CO., P.C. and TERRY L.  GREEN

17

18

19

20

21

22

23

24

25

26

27

28

                                  2
                                        _____
                                        KARREN HENDRIX, ET AL.  AND TERRY
                                        GREEN'S JOINDER IN MOTION TO STAY

1

**PROOF OF SERVICE**
**Raifman Family Trust v. ClassicStar, LLC, et al.**
2          **USDC Northern District of California, Case No. C-07-2552 EDL**

3          I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose
4   direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On July 5, 2007, I served the following document(s):

5

DEFENDANTS KARREN HENDRIX STAGG ALLEN & COMPANY, P.C. and
6      TERRY L. GREEN'S JOINDER IN CLASSICSTAR, LLC'S MOTION TO STAY
PENDING RULING BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION
7

on the following person(s) by the method(s) indicated below:
8

| | |
|---|---|
| 9  Richard J. Idell, Esq.<br>Idell & Seitel, LLP<br>10 Merchants Exchange Building<br>465 California Street, Suite 300<br>San Francisco, CA 94104<br>11 | Attorneys for Plaintiffs<br>Tel: (415)986-2400<br>Fax: 1-415-392-9259<br>email: richard.idell@idellseitel.com |
| Vanessa Avril Imberg, Esq.<br>12 Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>13 San Francisco, CA 94104<br>14 | Attorneys for Defendant Strategic<br>Opportunity Solutions, LLC, dba Buffalo<br>Ranch<br>Tel:  415-617-8993<br>Fax: 415-676-3000<br>Email: vaimberg@stoel.com |
| 15 Fred M. Blum, Esq.<br>Bassi Martini Edlin & Blum LLP<br>16 351 California Street, Suite 200<br>San Francisco, CA 94104<br>17 | Attorneys for defendant Classicstar Farms,<br>LLC<br>Tel: (415) 397-9006<br>email: fblum@bmeblaw.com |
| Edward Charles Duckers, Esq.<br>18 Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>19 San Francisco, CA 94104 | Attorneys for defendant Spencer D.<br>Plummer, III<br>Tel: (415) 617-8900<br>email: ECDuckers@stoel.com |

20  [**XX**]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed
21          as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with
22          the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

23
[**XX**]   by transmitting the document(s) listed above via the Court's ECF system to the persons
24          at the email address(es) set forth herein.

25          I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on July 5,
26  2007.

27                                  _Suzanne Farbstein_
                                       SUZANNE T. FARBSTEIN
28

                                           3
                              _____
                              KARREN HENDRIX, ET AL. AND TERRY
                              GREEN'S JOINDER IN MOTION TO STAY