1  RICHARD J. IDELL, ESQ. (SBN 069033)
   ORY SANDEL, ESQ. (SBN 233204)
2  ELIZABETH J. REST, ESQ. (SBN 244756)
   IDELL & SEITEL LLP
3  465 California Street, Suite 300
4  San Francisco, CA 94104
   Telephone: (415) 986-2400
5  Facsimile: (415) 392-9259

6
   Attorneys for Plaintiffs Gregory R. Raifman and
7  Susan Raifman, individually and as Trustees for the
   Raifman Family Revocable Trust Dated 7/2/03,
8  and Gekko Holdings, LLC, an Alaska
9  limited liability company, dba Gekko Breeding and Racing

10                 **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12 GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING, | CASE NO. C 07-02552 MJJ **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS HANDLER, THAYER & DUGGAN, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, AND THOMAS J. HANDLER** |

17               Plaintiffs,

18       v.

19  CLASSICSTAR, LLC, a Utah limited liability
    company, CLASSICSTAR FARMS, LLC, a
20  Kentucky limited liability company, BUFFALO
    RANCH, a business entity form unknown,
21  GEOSTAR CORPORATION, a Delaware
    corporation, S. DAVID PLUMMER, SPENCER
22  D. PLUMMER III, TONY FERGUSON,
    THOMAS ROBINSON, JOHN PARROT,
23  HANDLER, THAYER & DUGGAN, LLC, an
    Illinois Limited Liability Company, THOMAS J.
24  HANDLER, KARREN, HENDRIX, STAGG,
    ALLEN & COMPANY, P.C., a Utah professional
25  corporation f/k/a KARREN, HENDRIX &
    ASSOCIATES, P.C., a Utah professional
26  corporation, TERRY L. GREEN, and DOES 1-
    1000 inclusive,
27

28               Defendants.

1

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, and THOMAS J. HANDLER, on the ground that said Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the Complaint on Defendants as follows:

1.  On behalf of Defendant HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, Thomas Handler, Partner of HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, located at 191 N. Wacker Drive, 23rd Floor, Chicago, Illinois 60606, was served on May 24, 2007. This service is evidenced by the proof of service of Summons on file with this Court and attached hereto as Exhibit "A."

2.  Defendant THOMAS J. HANDLER was personally served at 191 N. Wacker Drive, 23rd Floor, Chicago, Illinois 60606 on May 24, 2007. This service is evidenced by the proof of service of Summons on file with this Court and attached hereto as Exhibit "B."

The above-stated facts are set forth in the accompanying Declaration of Richard J. Idell, filed herewith.

IDELL & SEITEL LLP

Dated: July 9, 2007            By:  _____
                                    Richard J. Idell
                                    Ory Sandel
                                    Elizabeth J. Rest
                                    Attorneys for Plaintiffs Gregory R. Raifman and Susan
                                    Raifman, individually and as Trustees for the Raifman
                                    Family Revocable Trust Dated 7/2/03, and Gekko
                                    Holdings, LLC, an Alaska limited liability company, dba
                                    Gekko Breeding and Racing

2

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel 465 California Street, Suite 300, San Francisco, California 94104.

On July 9, 2007, I served the following document(s):

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS HANDLER, THAYER & DUGGAN, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, AND THOMAS J. HANDLER

☒    by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell Seitel & Rutchik for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒    by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

John S. Blackman, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
Fax: 650-554-6240
Email: jsb@farbstein.com
*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C.*

Edward C. Duckers, Esq.
Vanessa A. Imberg, Esq.
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Fax: 415-676-3000
Email: ecduckers@stoel.com
        vaimberg@stoel.com
*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D Plummer, III*

Fred S. Blum, Esq.
Robert S. Kraft, Esq.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
Fax: 415-397-1339
Email: fblum@bmeblaw.com
        rkraft@bmeblaw.com
*Attorneys for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot*

J. Ronald Sim
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Fax: 206-386-7500
Email: jrsim@stoel.com
*Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D Plummer, III*

1

☒    by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope

2    addressed as shown below. I am readily familiar with the practice of Idell Seitel & Rutchik for collection and processing of correspondence for mailing. According to that practice, items are

3    deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is

4    presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

5

6    Thomas J. Handler                            Handler, Thayer & Duggan, LLC
   Handler, Thayer & Duggan, LLC        191 N. Wacker Drive, 23rd Floor

7    191 N. Wacker Drive, 23rd Floor        Chicago, IL 60606
   Chicago, IL 60606

8

9

10    I certify and declare under penalty of perjury under the laws of the State of California that the

11    foregoing is true and correct and I executed this declaration at San Francisco, California.

12

13                                           _____
                                              Suzanne Slavens

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28