Exhibit "B"

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | | DATE 5/24/07 |
| Name of SERVER ROBERT D. FAIRBANKS | | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant Name of Party served and place where served:

Thomas J Handler

191 N Wacker Drive, 23rd Floor, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/24/07___
           Date

_____
Signature of Server

_____
Address of Server

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/24/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT D. FAIRBANKS | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  191 N. WACKER DR., 23RD FL, CHICAGO, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/24/2007
              Date

*Signature of Server*

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste. 301
Wheaton, IL 60187
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## SERVICE DOCUMENT LIST

1. U.S. District Court, San Francisco General Filing Guidelines;
2. U.S. District Court Northern California: ECF Registration Information Handout;
3. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
4. ADR- Dispute Resolution Procedures;
5. Order Setting Initial Case Management Conference and ADR Deadlines & Standing Orders;
6. Summons;
7. Complaint; and
8. Plaintiffs' Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16