RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br><br>Defendants. | CASE NO. C 07-02552 MJJ<br><br>**[PROPOSED] DEFAULT BY CLERK AGAINST DEFENDANT THOMAS J. HANDLER PURSUANT TO F.R.C.P. 55(a)** |

1

It appearing from the records in the above-entitled action that the Summons issued on the Complaint has been served upon the Defendant named below, and it appearing from the Declaration of counsel for Plaintiff, and appearing from other evidence as required by F.R.C.P. 55(a) that the below Defendant has failed to plead or otherwise defend in said action as directed in said Summons, and as provided in the Federal Rules of Civil Procedure,

NOW, THEREFOR, on request of counsel, the DEFAULT of the following named Defendant is hereby entered:

    1. THOMAS J. HANDLER.

Dated: _____

CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted,

IDELL & SEITEL LLP

Dated: July 9, 2007    By: _____

Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiffs Gregory R. Raifman and Susan Raifman, individually and as Trustees for the Raifman Family Revocable Trust Dated 7/2/03, and Gekko Holdings, LLC, an Alaska limited liability company, dba Gekko Breeding and Racing

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel 465 California Street, Suite 300, San Francisco, California 94104.

On July 9, 2007, I served the following document(s):

[PROPOSED] DEFAULT BY CLERK AGAINST DEFENDANT THOMAS J. HANDLER PURSUANT TO F.R.C.P. 55(a)

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell Seitel & Rutchik for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

| | |
|---|---|
| John S. Blackman, Esq.<br>Farbstein & Blackman, APC<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402<br>Fax: 650-554-6240<br>Email: jsb@farbstein.com<br>*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C.* | Edward C. Duckers, Esq.<br>Vanessa A. Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Fax: 415-676-3000<br>Email: ecduckers@stoel.com<br>　　　vaimberg@stoel.com<br>*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D. Plummer, III* |
| Fred S. Blum, Esq.<br>Robert S. Kraft, Esq.<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104<br>Fax: 415-397-1339<br>Email: fblum@bmeblaw.com<br>　　　rkraft@bmeblaw.com<br>*Attorneys for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot* | J. Ronald Sim<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Fax: 206-386-7500<br>Email: jrsim@stoel.com<br>*Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D. Plummer, III* |

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell Seitel & Rutchik for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Thomas J. Handler<br>Handler, Thayer & Duggan, LLC<br>191 N. Wacker Drive, 23rd Floor<br>Chicago, IL  60606 | Handler, Thayer & Duggan, LLC<br>191 N. Wacker Drive, 23rd Floor<br>Chicago, IL  60606 |

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens