**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 11, 2007

RE:  CV 07-02552 MJJ        GREGORY R RAIFMAN-v- CLASSICSTAR

    Default is **entered** as to defendants Handler, Thayer & Duggan LLC and Thomas J. Handler on July 11, 2007.


RICHARD W. WIEKING, Clerk

by Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89