RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>    Plaintiffs,<br><br>v.<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br><br>    Defendants. | CASE NO. C 07-02552 MJJ<br><br>**NOTICE OF ENTRY OF DEFAULT AGAINST DEFENDANTS HANDLER, THAYER & DUGGAN LLC, AN ILLINOIS LIMITED LIABILITY COMPANY AND THOMAS J. HANDLER** |

1                                                                                   Case No.: CV-07-02552 MJJ
NOTICE OF ENTRY OF DEFAULT AGAINST DEFENDANTS HANDLER, THAYER & DUGGAN LLC, AN ILLINOIS LIMITED LIABILITY COMPANY AND THOMAS J. HANDLER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION:

NOTICE IS HEREBY GIVEN that on July 11, 2007, the Clerk of the above-entitled Court entered Default against Defendants HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company and THOMAS J. HANDLER.

A true and correct copy of the Entry of Default is attached hereto as Exhibit "A" and incorporated herein by reference.

Dated: July 11, 2007

IDELL & SEITEL LLP

Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiffs Gregory R. Raifman and Susan Raifman, individually and as Trustees for the Raifman Family Revocable Trust Dated 7/2/03, and Gekko Holdings, LLC, an Alaska limited liability company, dba Gekko Breeding and Racing

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP 465 California Street, Suite 300, San Francisco, California 94104.

On July 11, 2007, I served the following document(s):

NOTICE OF ENTRY OF DEFAULT AGAINST DEFENDANTS HANDLER, THAYER & DUGGAN, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY AND THOMAS J. HANDLER

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| John S. Blackman, Esq.<br>Farbstein & Blackman, APC<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402<br>Fax: 650-554-6240<br>Email: jsb@farbstein.com<br>*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C.* | Edward C. Duckers, Esq.<br>Vanessa A. Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Fax: 415-676-3000<br>Email: ecduckers@stoel.com<br>   vaimberg@stoel.com<br>*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D Plummer, III* |
| Fred S. Blum, Esq.<br>Robert S. Kraft, Esq.<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104<br>Fax: 415-397-1339<br>Email: fblum@bmeblaw.com<br>   rkraft@bmeblaw.com<br>*Attorneys for ClassicStar, LLC, ClassicStar* | J. Ronald Sim<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Fax: 206-386-7500<br>Email: jrsim@stoel.com<br>*Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D Plummer, III* |

Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot

Thomas J. Handler
Handler, Thayer & Duggan, LLC
191 N. Wacker Drive, 23rd Floor
Chicago, IL 60606

Handler, Thayer & Duggan, LLC
191 N. Wacker Drive, 23rd Floor
Chicago, IL 60606

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens