Exhibit "A"

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 11, 2007

RE: <u>CV 07-02552 MJJ</u>     <u>GREGORY R RAIFMAN -v- CLASSICSTAR</u>

    Default is **entered** as to defendants Handler, Thayer & Duggan LLC and Thomas J. Handler on July 11, 2007.

RICHARD W. WIEKING, Clerk

by Sheila Rash
Case Systems Administrator

NDC TR-4 Rev. 3/89