| | |
|---|---|
| 1 | DRATH, CLIFFORD, MURPHY & HAGEN, LLP |
| | JOHN M. DRATH (State Bar No. 045031) |
| 2 | 1999 Harrison Street, Suite 700 |
| | Oakland, California 94612-3517 |
| 3 | Telephone: (510) 287-4000 |
| | Facsimile: (510) 287-4050 |
| 4 | |
| 5 | Attorneys for Defendants |
| | HANDLER, THAYER & DUGGAN, LLC and |
| 6 | THOMAS J. HANDLER, J.D., P.C. (erroneously sued herein as THOMAS J. HANDLER, individually) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; and GEKKO HOLDINGS, LLC, an Alaskan limited liability company, dba GEKKO BREEDING AND RACING, | ) ) ) ) ) ) ) ) ) | No. C07-2552 EDL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT [FRCP 55(c)] |
| CLASSICSTAR, LLC, a Utah limited liability company; CLASSICSTAR FARMS, LLC, a Kentucky limited liability company; BUFFALO RANCH, a business entity form unknown; GEOSTAR CORPORATION, a Delaware corporation; S. DAVID PLUMMER; SPENCER D. PLUMMER, III; TONY FERGUSON; THOMAS ROBINSON/ JOHN PARROT; HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation, f/k/a/ KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation; TERRY L. GREEN; and DOES 1-1000, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | DATE : 08/28/07<br>TIME : 9:30 a.m.<br>COURTROOM : 11 |

1  TO:    PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on August 28, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-entitled court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California, defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER will, and do hereby, move the court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the default entered by the clerk on July 11, 2007.

This motion is brought on the following grounds:

1. Mistake of fact on the part of defendants;
2. Excusable neglect on the part of defendants' counsel;
3. Absence of any prejudice to plaintiffs;
4. Absence of culpable conduct; and
4. Good and meritorious defense on the part of defendants.

This motion is made and based on this notice; the accompanying memorandum of points and authorities and declarations of Thomas J. Handler, John M. Drath, Roberta C. Beach and Scott Stains; the pleadings, papers, and records on file with the court in said action; and on such oral and documentary evidence as may be presented at the hearing of said motion.

DATED: July 23, 2007                DRATH, CLIFFORD, MURPHY & HAGEN, LLP

By _____
JOHN M. DRATH
Attorneys for Defendants
HANDLER, THAYER & DUGGAN, LLC and
THOMAS J. HANDLER, J.D., P.C. (erroneously sued herein as THOMAS J. HANDLER, individually)

R:\75\3048\PNmfr001.jmd.wpd