1  DRATH, CLIFFORD, MURPHY & HAGEN, LLP
   JOHN M. DRATH (State Bar No. 045031)
2  1999 Harrison Street, Suite 700
   Oakland, California 94612-3517
3  Telephone: (510) 287-4000
   Facsimile: (510) 287-4050
4
   Attorneys for Defendants
5  HANDLER, THAYER & DUGGAN, LLC and
   THOMAS J. HANDLER, J.D., P.C. (erroneously sued
6  herein as THOMAS J. HANDLER, individually)

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; and GEKKO HOLDINGS, LLC, an Alaskan limited liability company, dba GEKKO BREEDING AND RACING, | No. C07-2552 EDL |
| Plaintiffs, | DECLARATION OF JOHN M. DRATH IN SUPPORT OF MOTION TO SET ASIDE DEFAULT |
| vs. | |
| CLASSICSTAR, LLC, a Utah limited liability company; CLASSICSTAR FARMS, LLC, a Kentucky limited liability company; BUFFALO RANCH, a business entity form unknown; GEOSTAR CORPORATION, a Delaware corporation; S. DAVID PLUMMER; SPENCER D. PLUMMER, III; TONY FERGUSON; THOMAS ROBINSON/ JOHN PARROT; HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation, f/k/a/ KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation; TERRY L. GREEN; and DOES 1-1000, inclusive, | |
| Defendants. | DATE    : 08/28/07<br>TIME    : 9:30 a.m.<br>COURTROOM : 11 |

DECLARATION OF JOHN M. DRATH IN SUPPORT OF MOTION TO SET ASIDE DEFAULT                                    1

I, JOHN M. DRATH, declare and state as follows:

1. I am an attorney at law duly authorized to practice before all in the State of California, and in the United States District Court for the Northern District of California.

2. On June 1, 2007, I was contacted by Mr. Scott Stains of Great American Insurance Company by email and asked if I would have any conflict in representing their insured THOMAS J. HANDLER and HANDLER, THAYER & DUGGAN, LLC in litigation pending in this Court. As I was scheduled to start a jury trial on June 4 in San Francisco Superior Court on June 4, I forwarded the email to my paralegal Roberta Beach to check for conflicts and any deadlines and to get back to the insurance company if we had no conflicts.

3. On June 4, 2007 I began trial in the matter of *Housley v. California Highway Patrol*, San Francisco Superior Court No. 04-428975 before Judge Ernest Goldsmith in Department 613. I was absorbed in the prosecution of that action throughout the following weeks until closing arguments were concluded on July 10. On July 11, I came into my office before going to court and saw that a file had been opened on this matter on July 9, which is the same day we received the engagement letter from the insurance company dated July 5, 2007. I put the file in my briefcase and began reviewing it while the jury was deliberating on July 11. I also called Mr. Handler that afternoon to introduce myself and get some background on the case.

4. Between the email of June 1 and seeing the file on my desk on the morning of July 11, the only communication I received was a July 4 email from Mr. Stains regarding another matter he was referring to my office and, in that email, he indicated that he would be sending me a formal engagement letter in this matter on July 5, which he did. A copy of the complaint (and nothing more) accompanied the letter, and according to our file stamp it was received in our office on July 9. In none of these three communications is there any reference to service of the complaint.

5. The jury returned its verdict late in the day on July 11, and I spent July 12 going through correspondence and new matters on my desk. Late in the afternoon, I went online to see what deadlines were in place in this matter, and discovered that a default had been entered the previous day.

6. I have spoken to the paralegal, Roberta C. Beach, and her declaration is

submitted herewith. She was not aware that service had been effected, and was awaiting receipt of the file from the insurance company before setting up the file for me.

7.  Since learning of the default I contacted Mr. Stains and had him send me everything that Mr. Handler had sent to him and which had been served on Mr. Handler, and included in those materials was the copy of the summons. It is attached to the declaration of Mr. Handler, and there is no indication on that document as to either the date or method of service.

8.  On July 13, 2007 I wrote to plaintiff's counsel, Richard Idell, advising him of my representation, the general circumstances explaining the failure to get a timely pleading on file, and my intention to get a motion to set aside the default on file the following week. A copy of my letter is attached hereto marked Exhibit A.

9.  I have handled many cases for the Professional Liability Division of Great American Insurance Company, and in my experience the claims representative invariably lets us know at the time of initial contact and in the transmittal letter if and when service has been effected. This is also true of the other professional liability insurers who have retained our services over the years.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July, 2007 at Oakland, California.

_____
JOHN M. DRATH

R:\75\3048\PDjmd001.jmd.wpd

DECLARATION OF JOHN M. DRATH IN SUPPORT OF MOTION TO SET ASIDE DEFAULT            3

JOHN M. DRATH
JOHN R. CLIFFORD
RICK J. MURPHY
GREGORY D. HAGEN
DAVID F. BEACH
SARAH F. BURKE
TAMMARA N. TUKLOFF
ALLISON L. JONES
MICHAEL M. MILES

OF COUNSEL
RAY Z. BACERDO

# Drath, Clifford, Murphy & Hagen

A LIMITED LIABILITY PARTNERSHIP
SUITE 700
1999 HARRISON STREET
OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 287-4000
TELEFAX (510) 287-4050
WWW.DRATHCLIFFORD.COM
WRITER'S DIRECT E-MAIL: JDRATH@DRATHLAW.COM

SAN DIEGO
SUITE 1550
600 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 595-3060
TELEFAX: (619) 595-3066

July 13, 2007

**VIA FACSIMILE**

Richard J. Idell
IDELL & SEITEL, LLP
465 California Street
San Francisco, CA 94104

   Re: *Raifman v. Classicstar, LLC, et al.*
     USDC NC No. C 07 2552 MJJ
     Our File No. 75-3048

Dear Mr. Idell:

  Please be advised that I was contacted by Great American Insurance Company in early June to represent Thomas J. Handler and the Handler, Thayer & Duggan firm in this litigation. Although my client promptly notified the carrier that they had received the complaint, the carrier misunderstood and thought the complaint had simply been mailed to Mr. Handler. I was in a lengthy jury trial at the time which just concluded on July 11, and I did not learn that service had been effected and a default entered until I went on line late yesterday and discovered that fact. I am in the process of preparing a motion to set aside the default, and it will be filed next week. I am hopeful that you will not oppose it given the circumstances.

  In the meantime, if there is anything pending other than what is reflected in the court's file, I would appreciate being kept in the loop. Thank you for your cooperation.

           Very truly yours,

           DRATH, CLIFFORD,
           MURPHY & HAGEN, LLP

           JOHN M. DRATH

JMD/rcb
cc: Thomas J. Handler
R:\75\3048\LPide001.jmd.wpd

EXHIBIT A