1 DRATH, CLIFFORD, MURPHY & HAGEN, LLP
  JOHN M. DRATH (State Bar No. 045031)
2 1999 Harrison Street, Suite 700
  Oakland, California   94612-3517
3 Telephone:  (510) 287-4000
  Facsimile:  (510) 287-4050
4
  Attorneys for Defendants
5 HANDLER, THAYER & DUGGAN, LLC and
  THOMAS J. HANDLER, J.D., P.C. (erroneously sued
6 herein as THOMAS J. HANDLER, individually)

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 GREGORY R. RAIFMAN, individually and as      )    No.  C07-2552 MJJ
   Trustee of the RAIFMAN FAMILY REVOCABLE )
13 TRUST DATED 7/2/03; SUSAN RAIFMAN,          )
   individually and as Trustee of the RAIFMAN  )
14 FAMILY REVOCABLE TRUST DATED 7/2/03;        )
   and GEKKO HOLDINGS, LLC, an Alaskan limited )
15 liability company, dba GEKKO BREEDING AND   )
   RACING,                                      )
16                                              )
                   Plaintiffs,                  )
17                                              )    (PROPOSED)
          vs.                                   )    ANSWER TO COMPLAINT;
18                                              )    DEMAND FOR JURY TRIAL
   CLASSICSTAR, LLC, a Utah limited liability   )
19 company; CLASSICSTAR FARMS, LLC, a          )
   Kentucky limited liability company; BUFFALO )
20 RANCH, a business entity form unknown;       )
   GEOSTAR CORPORATION, a Delaware             )
21 corporation; S. DAVID PLUMMER; SPENCER D. )
   PLUMMER, III; TONY FERGUSON; THOMAS        )
22 ROBINSON/ JOHN PARROT; HANDLER,            )
   THAYER & DUGGAN, LLC, an Illinois limited   )
23 liability company; THOMAS J. HANDLER;       )
   KARREN, HENDRIX, STAGG, ALLEN &            )
24 COMPANY, P.C., a Utah professional corporation, )
   f/k/a/ KARREN, HENDRIX &                    )
25 ASSOCIATES, P.C., a Utah professional        )
   corporation; TERRY L. GREEN; and DOES      )
26 1-1000, inclusive,                           )
                                               )
27                 Defendants.                  )
   _____)
28

COME NOW defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C. (erroneously sued herein as THOMAS J. HANDLER, individually) and respond to the complaint of plaintiffs as follows:

## I. INTRODUCTION AND NATURE OF THE CASE

1.      Answering Paragraph 1, these defendants deny each and every allegation contained therein as to these defendants.

2.      Answering Paragraph 2, these defendants deny each and every allegation contained therein as they apply to these defendants.

3.      Answering Paragraph 3, these defendants deny each and every allegation contained therein as they apply to these defendants.

4.      Answering Paragraph 4, these defendants were aware that the programs described therein did exist, and these defendants did render opinions regarding the tax aspects of the horse breeding agribusiness, but they deny each and every other allegation contained for lack of information or belief.

5.      Answering Paragraph 5, these defendants deny each and every allegation contained therein as they apply to these defendants.

6.      Answering Paragraph 6, these defendants deny each and every allegation contained therein as they apply to these defendants.

## II. JURISDICTION AND VENUE

7.      Answering Paragraph 7, these defendants admit the allegations contained therein as they apply to these defendants.

8.      Answering Paragraph 8, these defendants deny each and every allegation contained therein as they apply to these defendants.

9.      Answering Paragraph 9, these defendants deny each and every allegation contained therein as they apply to these defendants.

10.      Answering Paragraph 10, these defendants deny each and every allegation contained therein for lack of information or belief.

///

11.    Answering Paragraph 11, these defendants deny each and every allegation contained therein as they apply to these defendants.

12.    Answering Paragraph 12, these defendants deny each and every allegation contained therein as they apply to these defendants.

## III.  THE PLAINTIFFS

13.    Answering Paragraph 13, these defendants deny each and every allegation contained therein for lack of information or belief.

14.    Answering Paragraph 14, these defendants deny each and every allegation contained therein for lack of information or belief.

15.    Answering Paragraph 15, these defendants deny each and every allegation contained therein for lack of information or belief.

16.    Answering Paragraph 16, this paragraph contains no charging allegations against these defendants.

## IV.  THE DEFENDANTS

17.    Answering Paragraph 17, on information and belief these defendants admit the allegations contained therein.

18.    Answering Paragraph 18, on information and belief these defendants admit the allegations contained therein.

19.    Answering Paragraph 19, on information and belief these defendants admit the allegations contained therein.

20.    Answering Paragraph 20, on information and belief these defendants admit the allegations contained therein.

21,    Answering Paragraph 21, on information and belief these defendants admit the allegations contained therein.

22.    Answering Paragraph 22, on information and belief these defendants admit the allegations contained therein.

23,    Answering Paragraph 23, on information and belief these defendants admit the allegations contained therein.

24.     Answering Paragraph 24, on information and belief these defendants admit the allegations contained therein.

25.     Answering Paragraph 26, on information and belief these defendants admit the allegations contained therein.

26.     Answering Paragraph 26, these defendants deny that no attorney employed by the firm was licensed to practice in California, but admit the remaining allegations contained therein.

27.     Answering Paragraph 27, these defendants admit that THOMAS J. HANDLER is a citizen and resident of the State of Illinois, and that he his not licensed to practice law in the State of California.  These defendants admit that THOMAS J. HANDLER, P.C. is an attorney and principal in the HANDLER LAW FIRM, but they deny any remaining allegations contained therein.

28.     Answering Paragraph 28, for lack of information or belief these defendants are unable to admit the allegations contained therein.

29.     Answering Paragraph 29, for lack of information or belief these defendants are unable to admit the allegations contained therein.

30.     Answering Paragraph 30, these defendants deny each and every allegation contained therein as they apply to these defendants.

31.     Answering Paragraph 31, this paragraph contains no charging allegations against these defendants.

32.     Answering Paragraph 32, this paragraph contains no charging allegations against these defendants.

33.     Answering Paragraph 33, these defendants deny each and every allegation contained therein as they apply to these defendants.

34.     Answering Paragraph 34, this paragraph contains no charging allegations against these defendants.

## V.  GENERAL ALLEGATIONS

35.     Answering Paragraph 35, these defendants deny each and every allegation

contained therein as they apply to these defendants, and specifically deny that the plaintiffs have been injured or damaged in an any manner or in any sum whatever.

36.    Answering Paragraph 36, these defendants deny each and every allegation contained therein as they apply to these defendants.

37.    Answering Paragraph 37, these defendants deny each and every allegation contained therein as they apply to these defendants.

38.    Answering Paragraph 38, these defendants admit that a tax opinion was given to plaintiffs, but these defendants deny each and every other allegation contained therein as they apply to these defendants.

39.    Answering Paragraph 39, these defendants admit that a tax opinion was given to plaintiffs, but these defendants deny each and every other allegation contained therein as they apply to these defendants.

40.    Answering Paragraph 40, these defendants admit that a tax opinion was given to plaintiffs, but these defendants deny each and every other allegation contained therein as they apply to these defendants.

41.    Answering Paragraph 41, these defendants admit that a tax opinion was given to plaintiffs, but these defendants deny each and every other allegation contained therein as they apply to these defendants.

42.    Answering Paragraph 42, these defendants deny each and every allegation contained therein as they apply to these defendants.

43.    Answering Paragraph 43, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

44.    Answering Paragraph 44, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

45.    Answering Paragraph 45, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation

contained therein as they apply to these defendants.

46.    Answering Paragraph 46, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

47.    Answering Paragraph 47, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

48.    Answering Paragraph 48, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

49.    Answering Paragraph 49, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

50.    Answering Paragraph 50, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

51.    Answering Paragraph 51, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

52.    Answering Paragraph 52, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

53.    Answering Paragraph 53, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

54.    Answering Paragraph 54, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

55.     Answering Paragraph 55, these defendants have neither information nor belief as to what specific representations were made to plaintiffs, but on information and belief the remaining allegations appear to be true.

///

56.     Answering Paragraph 56, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

57.     Answering Paragraph 57, these defendants have neither information nor belief as to what specific representations were made to plaintiffs, but on information and belief the remaining allegations appear to be true.

58.     Answering Paragraph 58, these defendants admit that a tax opinion was given to plaintiffs, but these defendants deny each and every other allegation contained therein as they apply to these defendants.

59.     Answering Paragraph 59, these defendants admit that a tax opinion was given to plaintiffs, but these defendants deny each and every other allegation contained therein as they apply to these defendants.

60.     Answering Paragraph 60, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants, and specifically deny that these defendants made any such representations to plaintiffs.

61.     Answering Paragraph 43, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

62.     Answering Paragraph 62, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants, and specifically deny that these defendants made any such representations to plaintiffs.

63.     Answering Paragraph 63, these defendants have neither information nor belief

as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

64.    Answering Paragraph 64, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants, and specifically deny that these defendants made any such representations to plaintiffs.

65.    Answering Paragraph 65, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

66.    Answering Paragraph 66, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants, and specifically deny that these defendants made any such representations.

67.    Answering Paragraph 67 and its subparts, these defendants have neither information nor belief as to what representations were made by others, but these defendants admit that they provided plaintiffs with a tax opinion which accurately described the tax treatment which applied to the Mare Lease Program.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants.

68.    Answering Paragraph 68, these defendants have neither information nor belief as to truth of the allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants, and specifically deny that these defendants made any such representations to plaintiffs.

69.    Answering Paragraph 69, these defendants have neither information nor belief as to what representations were made by others, but these defendants admit that they provided plaintiffs with a tax opinion which accurately described the tax treatment which applied to the Mare Lease Program.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein as

they apply to these defendants, and specifically deny that these defendants made any such representations to plaintiffs.

70.    Answering Paragraph 70, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein, and specifically deny that the plaintiffs were injured or damaged in any manner or in any sum whatever.

71.    Answering Paragraph 71, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that the plaintiffs were injured or damage in any manner or in any sum whatever.

72.    Answering Paragraph 72, on information and belief these defendants admit the allegations therein.

73.    Answering Paragraph 73, these defendants have neither information nor belief as to what representations were made by others, but these defendants admit that they provided plaintiffs with a tax opinion which accurately described the tax treatment which applied to the Mare Lease Program.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein as they apply to these defendants, and specifically deny that these defendants made any representations to plaintiffs beyond what is contained in the written tax opinion.

74.    Answering Paragraph 74, these defendants deny each and every allegation contained therein as they apply to these defendants.

75.    Answering Paragraph 75, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

76.    Answering Paragraph 76, these defendants have neither information nor belief as to what representations were made by others, and on that basis deny each and every allegation contained therein as they apply to the other defendants.  These defendants specifically deny that these defendants made any such representations to plaintiffs or anyone else.

77.    Answering Paragraph 77, these defendants admit that they prepared a

"Purchase and Exchange Agreement" containing some of the terms set forth therein, but deny all remaining allegations contained therein, and specifically deny that these defendants made any representations to plaintiffs.

78. Answering Paragraph 78, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

79. Answering Paragraph 79, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that these defendants made any such representations to plaintiffs.

80. Answering Paragraph 80, these defendants admit that THOMAS J. HANDLER, P.C. was a speaker on the topic of Estate Planning at an educational conference in the Virgin Islands, but these defendants have neither information nor belief as to the truth of the remaining allegations contained therein and therefore deny said allegations on that basis.

81. Answering Paragraph 81, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

82. Answering Paragraph 82, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

83. Answering Paragraph 83, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

84. Answering Paragraph 84, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

85. Answering Paragraph 85, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation

1  contained therein.

2    86.    Answering Paragraph 86, these defendants have neither information nor belief

3  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

4  contained therein.

5    87.    Answering Paragraph 87, these defendants have neither information nor belief

6  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

7  contained therein.

8    88.    Answering Paragraph 88, these defendants have neither information nor belief

9  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

10  contained therein, and specifically deny that these defendants made any such representations to

11  plaintiffs.

12    89.    Answering Paragraph 89, these defendants have neither information nor belief

13  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

14  contained therein.

15    90.    Answering Paragraph 90, these defendants deny each and every allegation

16  contained therein as they apply to these defendants.

17    91.    Answering Paragraph 91, these defendants deny each and every allegation

18  contained therein as they apply to these defendants.

19    92.    Answering Paragraph 92, these defendants deny each and every allegation

20  contained therein as they apply to these defendants.

21    93.    Answering Paragraph 93, these defendants have neither information nor belief

22  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

23  contained therein.

24    94.    Answering Paragraph 94, these defendants have neither information nor belief

25  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

26  contained therein.

27    95.    Answering Paragraph 95, these defendants have neither information nor belief

28  as to the truth of the allegations contained therein, and on that basis deny each and every allegation

contained therein.

96.    Answering Paragraph 96, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

97.    Answering Paragraph 97, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

98.    Answering Paragraph 98, these defendants have neither information nor belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation contained therein.

99.    Answering Paragraph 99, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

100.    Answering Paragraph 100, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

101.    Answering Paragraph 101, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

102.    Answering Paragraph 102, these defendants deny each and every allegation contained therein as they apply to these defendants.

103.    Answering Paragraph 103, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs have been injured in any

1    manner or in any sum whatever.

2                    VI. **THE R.I.C.O. PREDICATE ACTS**

3         104.    Answering Paragraph 104, these defendants deny each and every allegation

4    contained therein as they apply to these defendants. These defendants have neither information nor

5    belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

6    every allegation contained therein.

7         105.    Answering Paragraph 105, these defendants deny each and every allegation

8    contained therein as they apply to these defendants. These defendants have neither information nor

9    belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

10   every allegation contained therein.

11        106.    Answering Paragraph 106, these defendants deny each and every allegation

12   contained therein as they apply to these defendants. These defendants have neither information nor

13   belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

14   every allegation contained therein.

15        107.    Answering Paragraph 107 and each of its subparts, these defendants deny each

16   and every allegation contained therein as they apply to these defendants. These defendants have

17   neither information nor belief as to the truth of the remaining allegations contained therein, and on

18   that basis deny each and every allegation contained therein.

19        108.    Answering Paragraph 108, these defendants deny each and every allegation

20   contained therein as they apply to these defendants. These defendants have neither information nor

21   belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

22   every allegation contained therein.

23                    **FIRST CLAIM FOR RELIEF**

24        109.    Defendants repeat and incorporate herein by reference their responses to

25   Paragraphs 1 through 108 herein.

26        110.    Answering Paragraph 110, these defendants deny each and every allegation

27   contained therein as they apply to these defendants. These defendants have neither information nor

28   belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

every allegation contained therein.

111.     Answering Paragraph 111, these defendants admit that there is other litigation against some of the same defendants, but they deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

112.     Answering Paragraph 112, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

113.     Answering Paragraph 113, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

114.     Answering Paragraph 114, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

115.     Answering Paragraph 115, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

116.     Answering Paragraph 116, these defendants admit that they provided certain tax opinions, but they deny each and every other allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

117.     Answering Paragraph 117, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor

belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

118.    Answering Paragraph 118, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

119.    Answering Paragraph 119, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

120.    Answering Paragraph 120, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

121.    Answering Paragraph 121, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

122.    Answering Paragraph 123, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

123.    Answering Paragraph 124, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

125.    Answering Paragraph 125, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor

belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs are entitled to recover damages in any sum whatever from these defendants.

## SECOND CLAIM FOR RELIEF

126.    Answering Paragraph 126, these defendants repeat and incorporate herein by reference their answers to Paragraphs 1 through 125 herein.

127.    Answering Paragraph 127, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

128.    Answering Paragraph 128, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

129.    Answering Paragraph 129, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that any tax opinions rendered were either false or misleading.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

130.    Answering Paragraph 130, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

131.    Answering Paragraph 131, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that any tax opinions rendered were either false or misleading.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

132.    Answering Paragraph 132, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that any tax opinions rendered were either false or misleading.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

133.    Answering Paragraph 133, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

134.    Answering Paragraph 134, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs have been injured or damaged in any manner or in any sum whatever.

135.    Answering Paragraph 135, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs have been injured or damaged in any manner or in any sum whatever.

136.    Answering Paragraph 136, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that plaintiffs are entitled to damages in any amount.

### THIRD CLAIM FOR RELIEF

137.    Answering Paragraph 137, these defendants repeat and incorporate herein by reference their answers to Paragraphs 1 through 136.

138.    Answering Paragraph 138, these defendants deny each and every allegation

1   contained therein as they apply to these defendants. These defendants have neither information nor

2   belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

3   every allegation contained therein.

4          139.    Answering Paragraph 139, these defendants deny each and every allegation

5   contained therein as they apply to these defendants, and specifically deny that any tax opinions

6   rendered were either false or misleading. These defendants have neither information nor belief as

7   to the truth of the remaining allegations contained therein, and on that basis deny each and every

8   allegation contained therein.

9          140.    Answering Paragraph 140, these defendants deny each and every allegation

10  contained therein as they apply to these defendants. These defendants have neither information nor

11  belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

12  every allegation contained therein.

13         141.    Answering Paragraph 141, these defendants deny each and every allegation

14  contained therein as they apply to these defendants. These defendants have neither information nor

15  belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

16  every allegation contained therein.

17         142.    Answering Paragraph 142, these defendants deny each and every allegation

18  contained therein as they apply to these defendants, and specifically deny that any tax opinions

19  rendered were either false or misleading. These defendants have neither information nor belief as

20  to the truth of the remaining allegations contained therein, and on that basis deny each and every

21  allegation contained therein.

22         143.    Answering Paragraph 143, these defendants deny each and every allegation

23  contained therein as they apply to these defendants, and specifically deny that any tax opinions

24  rendered were either false or misleading. These defendants have neither information nor belief as

25  to the truth of the remaining allegations contained therein, and on that basis deny each and every

26  allegation contained therein.

27         144.    Answering Paragraph 144, these defendants deny each and every allegation

28  contained therein as they apply to these defendants, and specifically deny that any tax opinions

rendered were either false or misleading. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs have been injured or damaged in any manner or in any sum whatever.

145.    Answering Paragraph 145, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that plaintiffs have been injured or damaged in any manner or in any sum whatever.

146.    Answering Paragraph 146, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that plaintiffs are entitled to recover damages in any amount whatsoever against these defendants.

147.    Answering Paragraph 147, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that plaintiffs are entitled to punitive damages against these defendants in any amount.

**FOURTH CLAIM FOR RELIEF**

148.    Answering Paragraph 148, these defendants repeat and incorporate herein by reference their answers to Paragraphs 1 through 147.

149.    Answering Paragraph 149, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that any tax opinions rendered were either false or misleading. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

150.    Answering Paragraph 150, these defendants deny each and every allegation

1  contained therein as they apply to these defendants, and specifically deny that any tax opinions

2  rendered were either false or misleading.  These defendants have neither information nor belief as

3  to the truth of the remaining allegations contained therein, and on that basis deny each and every

4  allegation contained therein.

5          151.    Answering Paragraph 151, these defendants deny each and every allegation

6  contained therein as they apply to these defendants.  These defendants have neither information nor

7  belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

8  every allegation contained therein.

9          152.    Answering Paragraph 152, these defendants deny each and every allegation

10  contained therein as they apply to these defendants, and specifically deny that any tax opinions

11  rendered were either false or misleading.  These defendants have neither information nor belief as

12  to the truth of the remaining allegations contained therein, and on that basis deny each and every

13  allegation contained therein.

14          153.    Answering Paragraph 153, these defendants deny each and every allegation

15  contained therein as they apply to these defendants.  These defendants have neither information nor

16  belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

17  every allegation contained therein, and specifically deny that plaintiffs have been injured or damaged

18  in any manner or in any sum whatever.

19          154.    Answering Paragraph 154, these defendants deny each and every allegation

20  contained therein as they apply to these defendants.  These defendants have neither information nor

21  belief as to the truth of the remaining allegations contained therein, and on that basis deny each and

22  every allegation contained therein, and specifically deny that plaintiffs are entitled to damages in any

23  sum whatever.

**FIFTH CLAIM FOR RELIEF**
**(Against CLASSICSTAR defendants only)**

26          155 - 161:    Answering Paragraphs 152 through 161, these defendants deny each

27  and every allegation contained therein as they apply to these defendants.  These defendants have

28  neither information nor belief as to the truth of the remaining allegations contained therein, and on

that basis deny each and every allegation contained therein.

## SIXTH CLAIM FOR RELIEF
## (Against CLASSICSTAR defendants only)

162 - 168:    Answering Paragraphs 162-168, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

## SEVENTH CLAIM FOR RELIEF

169.    Answering Paragraph 169, these defendants repeat and incorporate herein by reference their answers to Paragraphs 1 through 168.

170.    Answering Paragraph 170, these defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

171.    Answering Paragraph 171, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that they acquired any of plaintiffs' funds.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

172.    Answering Paragraph 172, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that they acquired any of plaintiffs' funds.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

173.    Answering Paragraph 173, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

///

**EIGHTH CLAIM FOR RELIEF**

174.    Answering Paragraph 174, these defendants repeat and incorporate by reference their answers to Paragraphs 1 through 173.

175.    Answering Paragraph 175, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that plaintiffs made any payments to defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

176.    Answering Paragraph 176, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that they acquired any of plaintiffs' funds.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

177.    Answering Paragraph 177, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that they acquired any of plaintiffs' money or property.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

178.    Answering Paragraph 178, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that they ever received any of plaintiffs' money or property.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs have been damaged in any manner or in any sum whatever.

**NINTH CLAIM FOR RELIEF**

179.    Answering Paragraph 179, defendants repeat and incorporate herein by reference their answers to Paragraphs 1 through 179.

180.    Answering Paragraph 180, these defendants deny each and every allegation

1  contained therein as they apply to these defendants, and specifically deny that they have received any

2  of plaintiffs' money or property. These defendants have neither information nor belief as to the truth

3  of the remaining allegations contained therein, and on that basis deny each and every allegation

4  contained therein.

### TENTH CLAIM FOR RELIEF
### (Against defendants CLASSICSTAR, PLUMMER, BUFFALO RANCH only)

7      181 - 183.    Answering Paragraph 181 - 183, these defendants deny each and every

8  allegation contained therein as they apply to these defendants. These defendants have neither

9  information nor belief as to the truth of the remaining allegations contained therein, and on that basis

10  deny each and every allegation contained therein.

### ELEVENTH CLAIM FOR RELIEF
### (Against CLASSICSTAR defendants only)

13      184 - 190.    Answering Paragraph 184 - 190, these defendants deny each and every

14  allegation contained therein as they apply to these defendants. These defendants have neither

15  information nor belief as to the truth of the remaining allegations contained therein, and on that basis

16  deny each and every allegation contained therein.

### TWELFTH CAUSE OF ACTION (SIC)
### (Against CLASSICSTAR defendants only)

19      191 - 199.    Answering Paragraph 191 - 199, these defendants deny each and every

20  allegation contained therein as they apply to these defendants. These defendants have neither

21  information nor belief as to the truth of the remaining allegations contained therein, and on that basis

22  deny each and every allegation contained therein.

### THIRTEENTH CLAIM FOR RELIEF
### (Against CLASSICSTAR defendants only)

25      200 - 208.    Answering Paragraph 200 - 208, these defendants deny each and every

26  allegation contained therein as they apply to these defendants. These defendants have neither

27  information nor belief as to the truth of the remaining allegations contained therein, and on that basis

28  deny each and every allegation contained therein.

**FOURTEENTH CLAIM FOR RELIEF**

209.    Answering Paragraph 209, these defendants repeat and incorporate herein by reference their answers to Paragraphs 1 through 208.

210.    Answering Paragraph 210, these defendants deny each and every allegation contained therein as they apply to these defendants, and specifically deny that any tax opinions rendered were either false or misleading  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

211.    Answering Paragraph 211, these defendants admit that they had a duty of reasonable care in rendering a tax opinion to plaintiffs, but they deny each and every other allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

212.    Answering Paragraph 212 and each of its subparts, these defendants admit that they provided a tax opinion regarding the federal tax treatment applicable to the Mare Lease Program based on reasoned analysis and judgment, but they deny each and every other allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

213.    Answering Paragraph 213, these defendants deny each and every allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

214.    Answering Paragraph 214, these defendants admit that they owed a duty of care in rendering a tax opinion, but they deny each and every other allegation contained therein as they apply to these defendants.  These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

215.    Answering Paragraph 215, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

216.    Answering Paragraph 216, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

217.    Answering Paragraph 217, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

218.    Answering Paragraph 218, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein.

219.    Answering Paragraph 219, these defendants deny each and every allegation contained therein as they apply to these defendants. These defendants have neither information nor belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every allegation contained therein, and specifically deny that the plaintiffs have been harmed in any manner or in any sum whatever.

## FIRST AFFIRMATIVE DEFENSE

221.    Venue is improper under 28 USC §1391.

## SECOND AFFIRMATIVE DEFENSE

222.    Plaintiffs' FIRST CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## THIRD AFFIRMATIVE DEFENSE

223.    Plaintiffs' SECOND CLAIM FOR RELIEF fails to state a claim against these

answering defendants.

## FOURTH AFFIRMATIVE DEFENSE

224.    Plaintiffs' THIRD CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## FIFTH AFFIRMATIVE DEFENSE

225.    Plaintiffs' FOURTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## SIXTH AFFIRMATIVE DEFENSE

226.    Plaintiffs' FIFTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## SEVENTH AFFIRMATIVE DEFENSE

227.    Plaintiffs' SIXTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## EIGHTH AFFIRMATIVE DEFENSE

228.    Plaintiffs' SEVENTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## NINTH AFFIRMATIVE DEFENSE

229.    Plaintiffs' EIGHTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## TENTH AFFIRMATIVE DEFENSE

230.    Plaintiffs' NINTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

231.    Plaintiffs' TENTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

## TWELFTH AFFIRMATIVE DEFENSE

232.    Plaintiffs' ELEVENTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

### THIRTEENTH AFFIRMATIVE DEFENSE

233.    Plaintiffs' TWELFTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

### FOURTEENTH AFFIRMATIVE DEFENSE

234.    Plaintiffs' THIRTEENTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

### FIFTEENTH AFFIRMATIVE DEFENSE

235.    Plaintiffs' FOURTEENTH CLAIM FOR RELIEF fails to state a claim against these answering defendants.

### SIXTEENTH AFFIRMATIVE DEFENSE

236.    Defendants allege that the complaint, and each and every cause of action thereof, is barred by the applicable statutes of limitations, including but not limited to California Code of Civil Procedure §§337, 337.1, 337.15, 338, 339, 340, 340.2, 340.5, 340.6, 341(2), and 343.

### SEVENTEENTH AFFIRMATIVE DEFENSE

237.    Defendants allege that the complaint, and each and every claim for relief therein, is barred by the equitable doctrine of unclean hands.

### EIGHTEENTH AFFIRMATIVE DEFENSE

238.    Plaintiffs were fully aware of the risks involved in the transactions and/or occurrences placed in issue by the complaint and, thus, their losses and/or damages, if any there were, are the result of their assumption of the risk.

### NINETEENTH AFFIRMATIVE DEFENSE

239.    Defendants allege that in the event plaintiffs have suffered any damages as a result of anything related to the allegations of their complaint, such damages are the proximate result of the actions or conduct of persons or entities other than these answering defendants.

### TWENTIETH AFFIRMATIVE DEFENSE

240.    Defendants allege that in the event plaintiffs have suffered any damages as a result of anything related to the allegations of their complaint, such damages are the proximate result of the plaintiffs' own negligence, and their recovery, if any there is, should be reduced

1  proportionately to their comparative fault.

2  ### TWENTY-FIRST AFFIRMATIVE DEFENSE

3  241.  Defendants allege that plaintiffs have failed to take reasonable steps to

4  mitigate the damages allegedly suffered by them, and any award against these answering defendants

5  must be reduced by the amount that could have been so mitigated.

6  ### TWENTY-SECOND AFFIRMATIVE DEFENSE

7  242.  Plaintiffs did not reasonably or justifiably rely on any alleged representations

8  made by these defendants.

9  ### TWENTY-THIRD AFFIRMATIVE DEFENSE

10  243.  The opinions rendered by these defendants are protected by the doctrine of

11  judgmental immunity.

12  WHEREFORE, defendants pray that plaintiffs take nothing on their complaint herein,

13  and that defendants be awarded their costs and any other, further relief that the court might deem

14  appropriate.

15  DATED:  July 23, 2007                    DRATH, CLIFFORD, MURPHY & HAGEN, LLP

16

17  By _____

18  JOHN M. DRATH
   Attorneys for Defendants

19  HANDLER, THAYER & DUGGAN, LLC and
   THOMAS J. HANDLER, J.D., P.C. (erroneously

20  sued herein as THOMAS J. HANDLER,
   individually)

21  ### JURY DEMAND

22  Defendants hereby demand a jury trial.

23  DATED:  July 23, 2007                    DRATH, CLIFFORD, MURPHY & HAGEN, LLP

24

25  By _____

26  JOHN M. DRATH
   Attorneys for Defendants

27  HANDLER, THAYER & DUGGAN, LLC and
   THOMAS J. HANDLER, J.D., P.C. (erroneously

28  sued herein as THOMAS J. HANDLER,
   individually)

R:\75\3048\paProposed001jmd.rcb.wpd