1  DRATH, CLIFFORD, MURPHY & HAGEN, LLP
   JOHN M. DRATH (State Bar No. 045031)
2  1999 Harrison Street, Suite 700
   Oakland, California 94612-3517
3  Telephone: (510) 287-4000
   Facsimile: (510) 287-4050
4
   Attorneys for Defendants
5  HANDLER, THAYER & DUGGAN, LLC and
   THOMAS J. HANDLER, J.D., P.C. (erroneously sued
6  herein as THOMAS J. HANDLER, individually)
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | GREGORY R. RAIFMAN, individually and as      )   No. C07-2552 MJJ
   | Trustee of the RAIFMAN FAMILY REVOCABLE )
13 | TRUST DATED 7/2/03; SUSAN RAIFMAN,          )
   | individually and as Trustee of the RAIFMAN  )
14 | FAMILY REVOCABLE TRUST DATED 7/2/03;        )
   | and GEKKO HOLDINGS, LLC, an Alaskan limited )
15 | liability company, dba GEKKO BREEDING AND   )
   | RACING,                                     )
16 |                                             )
   |              Plaintiffs,                    )   DECLARATION OF JAMES
17 |                                             )   DUGGAN IN SUPPORT OF
   |       vs.                                   )   MOTION TO SET ASIDE
18 |                                             )   DEFAULT
   | CLASSICSTAR, LLC, a Utah limited liability  )
19 | company; CLASSICSTAR FARMS, LLC, a          )
   | Kentucky limited liability company; BUFFALO )
20 | RANCH, a business entity form unknown;      )
   | GEOSTAR CORPORATION, a Delaware             )
21 | corporation; S. DAVID PLUMMER; SPENCER D.   )
   | PLUMMER, III; TONY FERGUSON; THOMAS         )
22 | ROBINSON/ JOHN PARROT; HANDLER,             )
   | THAYER & DUGGAN, LLC, an Illinois limited   )
23 | liability company; THOMAS J. HANDLER;       )
   | KARREN, HENDRIX, STAGG, ALLEN &             )
24 | COMPANY, P.C., a Utah professional corporation, )
   | f/k/a/ KARREN, HENDRIX &                    )
25 | ASSOCIATES, P.C., a Utah professional       )
   | corporation; TERRY L. GREEN; and DOES       )
26 | 1-1000, inclusive,                          )
   |                                             )       DATE     :  08/28/07
27 |              Defendants.                    )       TIME     :  9:30 a.m.
   |                                             )       COURTROOM :     11
28

I, JAMES DUGGAN, declare and state as follows:

1. I am an attorney authorized to practice before the courts of the State of Illinois, and I am a named partner in the firm of HANDLER, THAYER & DUGGAN, LLC ("HTD").

2. Our firm began representing CLASSICSTAR in 2001, and I have primary responsibility for that client. My areas of practice include providing tax advice to clients. At the request of CLASSICSTAR, HTD prepared a tax opinion which was provided to plaintiff GEKKO in February 2004. This opinion related to the tax treatment available as a result of participation in the CLASSICSTAR Mare Lease Program for the year 2003, and we understood that the plaintiff was already an investor in that program at the time we wrote that opinion.

3. HTD stands by the accuracy of the tax opinion. It is very detailed, and it explains precisely what must be done by both the investor and CLASSICSTAR in order to receive the tax treatment outlined. A copy of that opinion is attached hereto as EXHIBIT A.

4. If favorable tax treatment is not provided to plaintiffs as participants in the Mare Lease Program, that can only occur if either the plaintiffs or CLASSIICSTAR failed to follow the advice set forth in our opinion.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 22nd day of July, 2007 at Chicago, Illinois.

JAMES DUGGAN

R:\75\3048\pddug001jmd.rcb.wpd