```
1   DRATH, CLIFFORD, MURPHY & HAGEN, LLP
    JOHN M. DRATH (State Bar No. 045031)
2   1999 Harrison Street, Suite 700
    Oakland, California 94612-3517
3   Telephone: (510) 287-4000
    Facsimile: (510) 287-4050
4
    Attorneys for Defendants
5   HANDLER, THAYER & DUGGAN, LLC and
    THOMAS J. HANDLER, J.D., P.C. (erroneously sued
6   herein as THOMAS J. HANDLER, individually)
7
8                       UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12  GREGORY R. RAIFMAN, individually and as    )    No. C07-2552 EDL
    Trustee of the RAIFMAN FAMILY REVOCABLE    )
13  TRUST DATED 7/2/03; SUSAN RAIFMAN,         )
    individually and as Trustee of the RAIFMAN )
14  FAMILY REVOCABLE TRUST DATED 7/2/03;       )
    and GEKKO HOLDINGS, LLC, an Alaskan limited)
15  liability company, dba GEKKO BREEDING AND  )
    RACING,                                    )
16                                             )
                   Plaintiffs,                 )    DECLARATION OF
17                                             )    ROBERTA C. BEACH IN
              vs.                              )    SUPPORT OF MOTION
18                                             )    TO SET ASIDE DEFAULT
    CLASSICSTAR, LLC, a Utah limited liability )
19  company; CLASSICSTAR FARMS, LLC, a         )
    Kentucky limited liability company; BUFFALO)
20  RANCH, a business entity form unknown;     )
    GEOSTAR CORPORATION, a Delaware            )
21  corporation; S. DAVID PLUMMER; SPENCER D.  )
    PLUMMER, III; TONY FERGUSON; THOMAS        )
22  ROBINSON/ JOHN PARROT; HANDLER,            )
    THAYER & DUGGAN, LLC, an Illinois limited  )
23  liability company; THOMAS J. HANDLER;      )
    KARREN, HENDRIX, STAGG, ALLEN &            )
24  COMPANY, P.C., a Utah professional corporation,)
    f/k/a/ KARREN, HENDRIX &                   )
25  ASSOCIATES, P.C., a Utah professional      )
    corporation; TERRY L. GREEN; and DOES      )
26  1-1000, inclusive,                         )
                                               )    DATE     :  08/28/07
27              Defendants.                    )    TIME     :  9:30 a.m.
                                               )    COURTROOM:  11
28  ─────────────────────────────────────────
```

DECLARATION OF ROBERTA C. BEACH IN SUPPORT OF MOTION TO SET ASIDE DEFAULT                                1

I, ROBERTA C. BEACH, declare and state as follows:

1. I am employed as a paralegal with the law firm of Drath, Clifford, Murphy & Hagen, attorneys of record for defendants THOMAS J. HANDLER and HANDLER, THAYER & DUGGAN, LLC. in the captioned matter.

2. On June 1, 2007, JOHN M. DRATH, the attorney handling this matter on behalf of the defendants, forwarded an email from SCOTT STAINS of GREAT AMERICAN INSURANCE COMPANY. In that email, SCOTT STAINS advised that he had a new matter to refer and asked that a conflict check be performed. I went on line with PACER and printed out the list of attorneys and parties. I also checked to see if there were any immediate deadlines.

3. Upon completion of the conflicts check, I advised SCOTT STAINS by email that our firm could handle the matter. I also advised that JOHN DRATH would be in trial starting June 4 and that the trial was expected to last several weeks.

4. As SCOTT STAINS said he would be forwarding the file material, I took no further action, and intended to set up the file when the material came in. Customarily, file material will arrive within a few days of the initial contact.

5. At no time in my email or telephone communications with SCOTT STAINS was there any mention that service of process had been effected on the defendants. I had no communications with THOMAS HANDLER or plaintiffs' counsel as to whether service of process had been effected.

6. On July 9, 2007, a letter, along with a copy of the complaint, was received from SCOTT STAINS confirming that our firm had been retained to represent THOMAS J. HANDLER and HANDLER, THAYER & DUGGAN. There was no summons or any other document indicating that service had been effected.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct.

Executed on July 21, 2007, in Oakland, California.

_____
ROBERTA C. BEACH

R:\75\3048\pdbea001.rcb.wpd