DRATH, CLIFFORD, MURPHY & HAGEN, LLP
JOHN M. DRATH (State Bar No. 045031)
1999 Harrison Street, Suite 700
Oakland, California  94612-3517
Telephone:  (510) 287-4000
Facsimile:  (510) 287-4050

Attorneys for Defendants
HANDLER, THAYER & DUGGAN, LLC and
THOMAS J. HANDLER, J.D., P.C. (erroneously sued herein as THOMAS J. HANDLER, individually)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; and GEKKO HOLDINGS, LLC, an Alaskan limited liability company, dba GEKKO BREEDING AND RACING,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CLASSICSTAR, LLC, a Utah limited liability company; CLASSICSTAR FARMS, LLC, a Kentucky limited liability company; BUFFALO RANCH, a business entity form unknown; GEOSTAR CORPORATION, a Delaware corporation; S. DAVID PLUMMER; SPENCER D. PLUMMER, III; TONY FERGUSON; THOMAS ROBINSON/ JOHN PARROT; HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation, f/k/a/ KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation; TERRY L. GREEN; and DOES 1-1000, inclusive,<br><br>　　　　　　　　Defendants. | No.  C07-2552 EDL<br><br><br><br><br><br><br><br><br><br><br><br>(PROPOSED) ORDER SETTING ASIDE DEFAULT [FRCP 55(c)]<br><br><br><br><br><br><br><br><br><br><br><br><br><br>DATE　　　　:　　08/28/07<br>TIME　　　　:　　9:30 a.m.<br>COURTROOM　:　　11 |

1  This matter came on regularly for hearing on August 28, 2007, in Courtroom E. The
2  Court having reviewed the moving and opposing papers, and good cause appearing therefore:
3  IT IS HEREBY ORDERED that the Clerk's Entry of Default entered on July 11, 2007
4  against defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER be and
5  is hereby set aside, and the proposed answer of said defendants shall be filed and served on all parties
6  forthwith.
7  DATED: July 23, 2007

Martin J. Jenkins, United States District Court Judge

R:\75\3048\POmfr001.jmd.wpd