DRATH, CLIFFORD, MURPHY & HAGEN, LLP
JOHN M. DRATH (State Bar No. 045031)
1999 Harrison Street, Suite 700
Oakland, California 94612-3517
Telephone: (510) 287-4000
Facsimile: (510) 287-4050

Attorneys for Defendants
HANDLER, THAYER & DUGGAN, LLC and
THOMAS J. HANDLER, J.D., P.C. (erroneously sued herein as THOMAS J. HANDLER, individually)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03; and GEKKO HOLDINGS, LLC, an Alaskan limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>vs.<br><br>CLASSICSTAR, LLC, a Utah limited liability company; CLASSICSTAR FARMS, LLC, a Kentucky limited liability company; BUFFALO RANCH, a business entity form unknown; GEOSTAR CORPORATION, a Delaware corporation; S. DAVID PLUMMER; SPENCER D. PLUMMER, III; TONY FERGUSON; THOMAS ROBINSON/ JOHN PARROT; HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; THOMAS J. HANDLER; KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation, f/k/a/ KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation; TERRY L. GREEN; and DOES 1-1000, inclusive,<br><br>Defendants. | No. C07-2552 MJJ<br><br><br><br>PROOF OF SERVICE |

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On July 23, 2007 I served the within the following documents:

1) NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
3) DECLARATION OF JOHN M. DRATH IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
4) (PROPOSED) ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL;
5) DECLARATION OF SCOTT STAINS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
6) DECLARATION OF JAMES DUGGAN IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
7) DECLARATION OF THOMAS J. HANDLER IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)]
8) (PROPOSED) ORDER SETTING ASIDE DEFAULT [FRCP 55(c)]

on all interested parties in said action, addressed as follows.

RICHARD J. IDELL, ESQ.
ORY SANDEL, ESQ.
ELIZABETH J. REST, ESQ
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Phone: 415-986-1400
Fax: 415-392-9259
**Counsel for:** PLAINTIFFS GREGORY R. RAIFMAN AND SUSAN RAIFMAN, INDIVIDUALLY AND AS TRUSTEES FOR THE RAIFMAN FAMILY REVOCABLE TRUST DATE 7/2/03, and GEKKO HOLDINGS, LLC AN ALASKA LIMITED LIABILITY COMPANY, dba GEKKO BREEDING AND RACING

**✗**____HAND: By placing a true copy thereof in a sealed envelope and causing said envelope to be delivered by hand to the address(es) noted above, during normal business hours.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct. Executed on July 23, 2007, at Oakland, California..

*/s/ Lisa L. Brown*

LISA L. BROWN

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On July 23, 2007 I served the within the following documents:

1) NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
3) DECLARATION OF JOHN M. DRATH IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
4) (PROPOSED) ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL;
5) DECLARATION OF SCOTT STAINS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
6) DECLARATION OF JAMES DUGGAN IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)];
7) DECLARATION OF THOMAS J. HANDLER IN SUPPORT OF MOTION TO SET ASIDE DEFAULT [FRCP 55©)]
8) (PROPOSED) ORDER SETTING ASIDE DEFAULT [FRCP 55(c)]

on all interested parties in said action, addressed as follows.

JOHN S. BLACKMAN, ESQ.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
Fax: 650-554-6240
**Counsel for:** TERRY GREEN & KARREN, HENDRIX, STAGG, ALLEN & COMPANY

EDWARD C. DUCKERS, ESQ
VANESSA A. IMBERG, ESG
Stole Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
**Counsel for:** STRATEGIC OPPORTUNITY SOLUTIONS, LLC d/b/a/ BUFFALO RANCH & SPENCER D PLUMMER, III

FRED S. BLUM, ESQ.
ROBERT S. KRAFT, ESQ.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
Fax: 415-397-1339
**Counsel for:** CLASSICSTAR, LLC, CLASSICSTAR FARMS, LLC, GEOSTAR CORPORATION, TONY FERGUSON, THOMAS ROBINSON and JOHN PARROT

J. RONALD SIM,
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Fax: 206-386-7500
**Counsel for**: STRATEGIC OPPORTUNITY SOLUTIONS, LLC d/b/a BUFFALO RANCH & SPENCER D PLUMMER, III

✘_____ MAIL: By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office in Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct. Executed on July 23, 2007, at Oakland, California..

_____
LISA L. BROWN