IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, et al., | No. C 07-2552 MJJ |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE** |
| CLASSICSTAR, LLC, et al., | **(Setting Case Management Conference in Reassigned case)** |
| Defendant(s). | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, October 23, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than **October 16, 2007.**

THE PARTIES ARE FURTHER NOTIFIED that all parties are to confer regarding the pending motions in the case, agree on a suitable single date in September, 2007 for the court to hear the motions on a Tuesday at 9:30 a.m., the Court's law and motion calendar, and file a stipulation and proposed ordering indicating the agreed date, no later than August 3, 2007.  The parties' options are **September 11, September 18, or September 25, 2007.  Please see the note below regarding the Court's Standing Order that the rescheduling of a hearing date does not affect the briefing deadlines.**

Dated: July 23, 2007                                            FOR THE COURT,

                                                                          Richard W. Wieking, Clerk

                                                                          By:_____
                                                                          Edward Butler, Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.