UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregory Raifman, et al

Plaintiff(s),

v.

ClassicStar, LLC, et al

Defendant(s).
_____/

CASE NO. C 07-02552 MJJ

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)
   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   other requested deadline _____

Dated: 7/30/07

_____
Attorney for Plaintiff

Dated: _____

See Attached List
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order
- other

IT IS SO ORDERED.

Dated:_____                    _____

                                                                  UNITED STATES DISTRICT    JUDGE

Dated: _____

_____
John S. Blackman
Attorney for Terry Green; Karren,
Hendrix, Stagg Allen & Company,
P.C.

Dated: 7/31/07

*Edward C. Duckers* /sms
_____
Edward C. Duckers
Attorney for Strategic Opportunity
Solutions, LLC dba Buffalo Ranch &
Spencer D. Plummer, III

Dated: _____

_____
Fred S. Blum
Attorney for ClassicStar, LLC,
ClassicStar Farms, LLC, GeoStar
Corporation, Tony Ferguson,
Thomas Robinson and John Parrot

Dated: _____

_____
Ronald J. Sim
Attorney for Strategic Opportunity
Solutions, LLC dba Buffalo Ranch &
Spencer D. Plummer, III

Dated: 7/31/07

_____
John M. Drath
Attorney for Handler, Thayer
Duggan, LLC and Thomas J.
Handler, J.D., P.C.

Dated: 7/30/07

[signature]
John S. Blackman
Attorney for Terry Green; Karren, Hendrix, Stagg Allen & Company, P.C.

Dated: _____

_____
Edward C. Duckers
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

Dated: _____

_____
Fred S. Blum
Attorney for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot

Dated: _____

_____
Ronald J. Sim
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

Dated: _____

_____
John M. Drath
Attorney for Handler, Thayer Duggan, LLC and Thomas J. Handler, J.D., P.C.

Dated: _____

John S. Blackman
Attorney for Terry Green; Karren,
Hendrix, Stagg Allen & Company,
P.C.

Dated: _____

Edward C. Duckers
Attorney for Strategic Opportunity
Solutions, LLC dba Buffalo Ranch &
Spencer D. Plummer, III

Dated: 7/31/07

Fred S. Blum
Attorney for ClassicStar, LLC,
ClassicStar Farms, LLC, GeoStar
Corporation, Tony Ferguson,
Thomas Robinson and John Parrot

Dated: _____

Ronald J. Sim
Attorney for Strategic Opportunity
Solutions, LLC dba Buffalo Ranch &
Spencer D. Plummer, III

Dated: _____

John M. Drath
Attorney for Handler, Thayer
Duggan, LLC and Thomas J.
Handler, J.D., P.C.

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP 465 California Street, Suite 300, San Francisco, California 94104.

On July 31, 2007, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

John S. Blackman, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
Fax: 650-554-6240
Email: jsb@farbstein.com
*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C.*

Edward C. Duckers, Esq.
Vanessa A. Imberg, Esq.
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Fax: 415-676-3000
Email: ecduckers@stoel.com
vaimberg@stoel.com
*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D. Plummer, III*

Fred S. Blum, Esq.
Robert S. Kraft, Esq.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
Fax: 415-397-1339
Email: fblum@bmeblaw.com

J. Ronald Sim
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Fax: 206-386-7500
Email: jrsim@stoel.com
*Attorney for Strategic Opportunity Solutions,*

PROOF OF SERVICE

| | |
|---|---|
| 1 | rkraft@bmeblaw.com |
| | *Attorneys for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot* |

*LLC d/b/a Buffalo Ranch & Spencer D Plummer, III*

John M. Drath, Esq.
Drath, Clifford, Murphy & Hagen, LLP
1999 Harrison Street, Suite 700
Oakland, CA 94612-3517
Fax: 510-287-4050
Email: jdrath@drathlaw.com
*Attorney for Handler, Thayer & Duggan, LLC and Thomas J. Handler, J.D., P.C.*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens