Prepared by:
RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>v<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br>Defendants. | CASE NO. C 07-02552 MJJ<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER** |

1

This Stipulation is entered into by and between the following parties: Plaintiffs GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING, and Defendants CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, STRATEGIC OPPORTUNITY SOLUTIONS, LLC, a Utah limited liability company, d/b/a BUFFALO RANCH, erroneously sued as BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, and TERRY L. GREEN.

1. Defendants CLASSICSTAR, LLC and GEOSTAR CORPORATION have applied to the Judicial Panel on Multidistrict Litigation ("JPML") for transfer and coordination pursuant to 28 U.S.C. § 1407 ("Motion for Transfer").

2. That application has been briefed and is pending decision.

3. If the Motion for Transfer is granted in its entirety, certain pre-trial matters will be heard in the Court to which the matter is transferred.

4. There are various motions which have been filed by Defendants in this Court which would be heard by the Court to which the matter would be transferred. Specifically, these are: (1) a motion by Defendant SPENCER D. PLUMMER III to dismiss for failure to state a claim upon which relief may be granted; (2) a motion by Defendant STRATEGIC OPPORTUNITY SOLUTIONS, LLC, d/b/a/ BUFFALO RANCH to dismiss for lack of personal jurisdiction; (3) a motion by Defendants CLASSICSTAR, CLASSICSTAR FARMS, LLC, GEOSTAR, TONY FERGUSON, THOMAS ROBINSON and JOHN PARROT to stay proceedings pending a ruling by the JPML on the Motion for Transfer; and (4) a motion by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J.


1. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER to set aside defaults which were entered against them on July 11, 2007.

2. 5. In order to avoid unnecessary expense and cost while that matter is pending decision in the JPML, subject to the one exception noted below, the parties agree and stipulate, without adjudication of any fact or issue of law, that this Court may stay this action pending a determination on the application for transfer and coordination by the JPML.

3. 6. The only exception to this Stipulation is the a Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m.

4. 7. The parties agree to execute this Stipulation and that this Stipulation may be submitted to the Court for an Order thereon.

Dated: 8/2/07

By: _____
Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiffs Gregory R. Raifman and Susan Raifman, individually and as Trustees for the Raifman Family Revocable Trust Dated 7/2/03, and Gekko Holdings, LLC, an Alaska limited liability company, dba Gekko Breeding and Racing

Dated: 8/2/07

By: _____
John S. Blackman
Attorney for Terry Green; Karren, Hendrix, Stagg Allen & Company, P.C.

Dated: _____

By: _____
Edward C. Duckers
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

Dated: _____

By: _____
Ronald J. Sim~~
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

3

STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER

HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER to set aside defaults which were entered against them on July 11, 2007.

5. In order to avoid unnecessary expense and cost while that matter is pending decision in the JPML, subject to the one exception noted below, the parties agree and stipulate, without adjudication of any fact or issue of law, that this Court may stay this action pending a determination on the application for transfer and coordination by the JPML.

6. The only exception to this Stipulation is the a Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m.

7. The parties agree to execute this Stipulation and that this Stipulation may be submitted to the Court for an Order thereon.

Dated: _____ By: _____
Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiffs Gregory R. Raifman and Susan Raifman, individually and as Trustees for the Raifman Family Revocable Trust Dated 7/2/03, and Gekko Holdings, LLC, an Alaska limited liability company, dba Gekko Breeding and Racing

Dated: _____ By: _____
John S. Blackman
Attorney for Terry Green; Karren, Hendrix, Stagg Allen & Company, P.C.

Dated: 8/2/07 By: _____
Edward C. Duckers
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

Dated: _____ By: _____
Ronald J. Sim
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

3

STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER

Dated: 8/1/07　　By: _____
　　　　　　　　　　　Fred S. Blum
　　　　　　　　　　　Attorney for ClassicStar, LLC, ClassicStar Farms, LLC,
　　　　　　　　　　　GeoStar Corporation, Tony Ferguson, Thomas Robinson
　　　　　　　　　　　and John Parrot

Dated: _____　By: _____
　　　　　　　　　　　John M. Drath
　　　　　　　　　　　Attorney for Handler, Thayer Duggan, LLC and Thomas
　　　　　　　　　　　J. Handler, J.D., P.C.

### [PROPOSED] ORDER GRANTING STAY ON STIPULATION

The Stipulation of the parties having been presented to the Court for an Order thereon and the parties having stipulated that this Court may issue an Order staying all proceedings pending a determination of the application for transfer and coordination with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m., and without any adjudication of fact or issue of law, this matter is stayed pending a determination on the application for transfer and coordination pursuant to 28 U.S.C. § 1407.

IT IS SO ORDERED.

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| Dated: _____ | By: | _____ |
| | | Fred S. Blum |
| | | Attorney for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot |
| Dated: 8/2/07 | By: | _____ |
| | | John M. Drath |
| | | Attorney for Handler, Thayer Duggan, LLC and Thomas J. Handler, J.D., P.C. |

### [PROPOSED] ORDER GRANTING STAY ON STIPULATION

The Stipulation of the parties having been presented to the Court for an Order thereon and the parties having stipulated that this Court may issue an Order staying all proceedings pending a determination of the application for transfer and coordination with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m., and without any adjudication of fact or issue of law, this matter is stayed pending a determination on the application for transfer and coordination pursuant to 28 U.S.C. § 1407.

IT IS SO ORDERED.

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP 465 California Street, Suite 300, San Francisco, California 94104.

On August 2, 2007, I served the following document(s):

STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| John S. Blackman, Esq.<br>Farbstein & Blackman, APC<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402<br>Fax: 650-554-6240<br>Email: jsb@farbstein.com<br>*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C* | Edward C. Duckers, Esq.<br>Vanessa A. Imberg, Esq.<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Fax: 415-676-3000<br>Email: ecduckers@stoel.com<br>        vaimberg@stoel.com<br>*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D. Plummer, III* |
| Fred S. Blum, Esq.<br>Robert S. Kraft, Esq.<br>Bassi, Martini, Edlin & Blum LLP<br>351 California Street, Suite 200<br>San Francisco, CA 94104<br>Fax: 415-397-1339 | J. Ronald Sim<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Fax: 206-386-7500<br>Email: jrsim@stoel.com |

| | |
|---|---|
| Email: fblum@bmeblaw.com<br>        rkraft@bmeblaw.com<br>*Attorneys for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot* | *Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D Plummer, III* |

John M. Drath, Esq.
Drath, Clifford, Murphy & Hagen, LLP
1999 Harrison Street, Suite 700
Oakland, CA 94612-3517
Fax: 510-287-4050
Email: jdrath@drathlaw.com
*Attorney for Handler, Thayer & Duggan, LLC and Thomas J. Handler, J.D., P.C.*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens