Prepared By:
RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br>Defendants. | CASE NO. C 07-02552 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR RESCHEDULED MOTIONS |

1  This Stipulation is entered into by and between the following parties: Plaintiffs GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING, and Defendants CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, STRATEGIC OPPORTUNITY SOLUTIONS, LLC, a Utah limited liability company, d/b/a BUFFALO RANCH, erroneously sued as BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, and TERRY L. GREEN.

1.  There are various motions which have been filed by Defendants in this Court. Specifically, these are: (1) a motion by Defendant SPENCER D. PLUMMER III to dismiss for failure to state a claim upon which relief may be granted; (2) a motion by Defendant STRATEGIC OPPORTUNITY SOLUTIONS, LLC, d/b/a/ BUFFALO RANCH to dismiss for lack of personal jurisdiction; and (3) a motion by Defendants CLASSICSTAR, CLASSICSTAR FARMS, LLC, GEOSTAR, TONY FERGUSON, THOMAS ROBINSON and JOHN PARROT to stay proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation on the Motion for Transfer (collectively referred to as "the rescheduled motions"). Additionally, Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER have filed a motion to set aside defaults which were entered against them on July 11, 2007.

2.  On July 23, 2007, a Clerk's Notice (Setting Case Management Conference in Reassigned Case) was entered and filed requiring all parties to confer regarding the rescheduled motions and agree on a suitable single date in September, 2007 for the Court to hear the rescheduled

1 motions.

2    3.    The parties have conferred and agree and stipulate that, with the exception of the one motion noted below, hearing on the rescheduled motions will be on **Tuesday, September 18, 2007, at 9:30 a.m.** in Courtroom 11, 19th Floor, before the Honorable Martin J. Jenkins.

   4.    The only exception to this Stipulation is the a Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, which will remain as currently scheduled to be heard on August 28, 2007, at 9:30 a.m. The briefing schedule for this motion remains unchanged.

   5.    The parties agree and stipulate that any opposition briefs to the rescheduled motions must be filed and served no later than 21 days prior to September 18, 2007, or no later than August 28, 2007.

   6.    The parties agree and stipulate that any reply briefs regarding the rescheduled motions must be filed and served no later than 14 days prior to September 18, 2007, or no later than September 4, 2007.

   7.    The parties agree to execute this Stipulation and that this Stipulation may be submitted to the Court for an Order thereon.

Dated: 8/3/07    By: *Elizabeth J. Rest* (signature)
Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiffs Gregory R. Raifman and Susan Raifman, individually and as Trustees for the Raifman Family Revocable Trust Dated 7/2/03, and Gekko Holdings, LLC, an Alaska limited liability company, dba Gekko Breeding and Racing

Dated: 8/2/07    By: (signature)
John S. Blackman
Attorney for Terry Green; Karren, Hendrix, Stagg Allen & Company, P.C.

3

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR RESCHEDULED MOTIONS

Dated: 8/2/07     By: */s/ Edward C. Duckers*
Edward C. Duckers
Attorney for Strategic Opportunity Solutions, LLC dba
Buffalo Ranch & Spencer D. Plummer, III

Dated: _____     By: ~~_____~~
~~Ronald J. Sim~~
~~Attorney for Strategic Opportunity Solutions, LLC dba~~
~~Buffalo Ranch & Spencer D. Plummer, III~~

Dated: _____     By: _____
Fred S. Blum
Attorney for ClassicStar, LLC, ClassicStar Farms, LLC,
GeoStar Corporation, Tony Ferguson, Thomas Robinson
and John Parrot

Dated: _____     By: _____
John M. Drath
Attorney for Handler, Thayer Duggan, LLC and Thomas
J. Handler, J.D., P.C.

## [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR RESCHEDULED MOTIONS

The Stipulation of the parties having been presented to the Court for an Order thereon, and the parties having stipulated that this Court may issue an Order setting a hearing date and briefing schedule for the rescheduled motions, with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, which will be heard on August 28, 2007, at 9:30 a.m., hearing on the rescheduled motions will be on **Tuesday, September 18, 2007, at 9:30 a.m.** in Courtroom 11, 19th Floor, before the Honorable Martin J. Jenkins.

//

```
1  Dated: _____          By: _____
2                                      Edward C. Duckers
                                       Attorney for Strategic Opportunity Solutions, LLC dba
3                                      Buffalo Ranch & Spencer D. Plummer, III
4
5  Dated: _____          By: _____
                                       Ronald J. Sim
6                                      Attorney for Strategic Opportunity Solutions, LLC dba
                                       Buffalo Ranch & Spencer D. Plummer, III
7
8
9  Dated: 8/1/07                   By: _____
                                       Fred S. Blum
10                                     Attorney for ClassicStar, LLC, ClassicStar Farms, LLC,
                                       GeoStar Corporation, Tony Ferguson, Thomas Robinson
11                                     and John Parrot
12
13 Dated: _____          By: _____
                                       John M. Drath
14                                     Attorney for Handler, Thayer Duggan, LLC and Thomas
                                       J. Handler, J.D., P.C.
15
```

## [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR RESCHEDULED MOTIONS

The Stipulation of the parties having been presented to the Court for an Order thereon, and the parties having stipulated that this Court may issue an Order setting a hearing date and briefing schedule for the rescheduled motions, with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, which will be heard on August 28, 2007, at 9:30 a.m., hearing on the rescheduled motions will be on **Tuesday, September 18, 2007, at 9:30 a.m.** in Courtroom 11, 19th Floor, before the Honorable Martin J. Jenkins.

//

Dated: ____________ By: ______________________________
Edward C. Duckers
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

Dated: ____________ By: ______________________________
Ronald J. Sim
Attorney for Strategic Opportunity Solutions, LLC dba Buffalo Ranch & Spencer D. Plummer, III

Dated: ____________ By: ______________________________
Fred S. Blum
Attorney for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot

Dated: 8/2/07 By: ______________________________
John M. Drath
Attorney for Handler, Thayer Duggan, LLC and Thomas J. Handler, J.D., P.C.

**[PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR RESCHEDULED MOTIONS**

The Stipulation of the parties having been presented to the Court for an Order thereon, and the parties having stipulated that this Court may issue an Order setting a hearing date and briefing schedule for the rescheduled motions, with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, which will be heard on August 28, 2007, at 9:30 a.m., hearing on the rescheduled motions will be on **Tuesday, September 18, 2007, at 9:30 a.m.** in Courtroom 11, 19th Floor, before the Honorable Martin J. Jenkins.

//

IT IS FURTHER ORDERED that any opposition briefs to the rescheduled motions must be filed and served no later than 21 days prior to September 18, 2007, or no later than **August 28, 2007**.

IT IS FURTHER ORDERED that any reply briefs regarding the rescheduled motions must be filed and served no later than 14 days prior to September 18, 2007, or no later than **September 4, 2007**

IT IS SO ORDERED.

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP 465 California Street, Suite 300, San Francisco, California 94104.

On August 3, 2007, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR RESCHEDULED MOTIONS

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

| | |
|---|---|
| John S. Blackman, Esq. <br> Farbstein & Blackman, APC <br> 411 Borel Avenue, Suite 425 <br> San Mateo, CA 94402 <br> Fax: 650-554-6240 <br> Email: jsb@farbstein.com <br> *Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C* | Edward C. Duckers, Esq. <br> Vanessa A. Imberg, Esq. <br> Stoel Rives LLP <br> 111 Sutter Street, Suite 700 <br> San Francisco, CA 94104 <br> Fax: 415-676-3000 <br> Email: ecduckers@stoel.com <br>    vaimberg@stoel.com <br> *Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D. Plummer, III* |
| Fred S. Blum, Esq. <br> Robert S. Kraft, Esq. <br> Bassi, Martini, Edlin & Blum LLP <br> 351 California Street, Suite 200 <br> San Francisco, CA 94104 <br> Fax: 415-397-1339 <br> Email: fblum@bmeblaw.com <br>    rkraft@bmeblaw.com | J. Ronald Sim <br> Stoel Rives LLP <br> 600 University Street, Suite 3600 <br> Seattle, WA 98101 <br> Fax: 206-386-7500 <br> Email: jrsim@stoel.com <br> *Attorney for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D.* |

| | |
|---|---|
| *Attorneys for ClassicStar, LLC, ClassicStar Farms, LLC, GeoStar Corporation, Tony Ferguson, Thomas Robinson and John Parrot* | *Plummer, III* |

John M. Drath, Esq.
Drath, Clifford, Murphy & Hagen, LLP
1999 Harrison Street, Suite 700
Oakland, CA 94612-3517
Fax: 510-287-4050
Email: jdrath@drathlaw.com
*Attorney for Handler, Thayer & Duggan, LLC and Thomas J. Handler, J.D., P.C.*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens