Exhibit "C"

# FACSIMILE TRANSMITTAL SHEET

## DRATH, CLIFFORD, MURPHY & HAGEN, LLP
1999 HARRISON STREET, SUITE 700
OAKLAND, CA 94612
Telephone: 510.287.4000
Facsimile: 510.287.4050

| | |
|---|---|
| TO: | Richard J. Idell |
| COMPANY: | IDELL & SEITEL |
| FAX NO: | 415.392.9259 |
| RE: | *Raifman v. Classicstar, et al.* <br> USDC NC No. C 07 2552 MJJ |
| OUR FILE NO: | 75-3048 |
| FROM: | John M. Drath |
| DATE SENT: | July 13, 2007 |
| TIME SENT: | 10:18 am |
| NO. OF PAGES SENT: | __2__ (Including transmittal sheet) |
| TRANSMITTED BY:  rcb | PLEASE RETURN TO:  rcb |

This facsimile may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent of the intended recipient, dissemination of the information contained herein is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender by telephone and return the original message via the U.S. Postal Service, to Drath, Clifford, Murphy & Hagen, LLP at the above address. Thank you

MESSAGE:

JOHN M. DRATH
JOHN R. CLIFFORD
RICK J. MURPHY
GREGORY D. HAGEN
DAVID F. BEACH
SARAH P. BURKE
TAMMARA N. TUKLOFF
ALLISON L. JONES
MICHAEL M. MILES

OF COUNSEL
RAY Z. BACERDO

## Drath, Clifford, Murphy & Hagen

A LIMITED LIABILITY PARTNERSHIP
SUITE 700
1999 HARRISON STREET
OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 287-4000
TELEFAX (510) 287-4050
WWW.DRATHCLIFFORD.COM
WRITER'S DIRECT E-MAIL: JDRATH@DRATHLAW.COM

SAN DIEGO
SUITE 1550
600 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 595-3060
TELEFAX: (619) 595-3066

July 13, 2007

**VIA FACSIMILE**

Richard J. Idell
IDELL & SEITEL, LLP
465 California Street
San Francisco, CA 94104

  Re: *Raifman v. Classicstar, LLC, et al.*
    USDC NC No. C 07 2552 MJJ
    Our File No. 75-3048

Dear Mr. Idell:

  Please be advised that I was contacted by Great American Insurance Company in early June to represent Thomas J. Handler and the Handler, Thayer & Duggan firm in this litigation. Although my client promptly notified the carrier that they had received the complaint, the carrier misunderstood and thought the complaint had simply been mailed to Mr. Handler. I was in a lengthy jury trial at the time which just concluded on July 11, and I did not learn that service had been effected and a default entered until I went on line late yesterday and discovered that fact. I am in the process of preparing a motion to set aside the default, and it will be filed next week. I am hopeful that you will not oppose it given the circumstances.

  In the meantime, if there is anything pending other than what is reflected in the court's file, I would appreciate being kept in the loop. Thank you for your cooperation.

          Very truly yours,

          DRATH, CLIFFORD,
         MURPHY & HAGEN, LLP

         JOHN M. DRATH

JMD/rcb
cc: Thomas J. Handler
R:\75\3048\LPide001.jmd.wpd