Prepared by:
RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>Plaintiffs,<br><br>v<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br><br>Defendants. | CASE NO. C 07-02552 MJJ<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER** |

1

1  This Stipulation is entered into by and between the following parties: Plaintiffs GREGORY R.
2  RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED
3  7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE
4  TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba
5  GEKKO BREEDING AND RACING, and Defendants CLASSICSTAR, LLC, a Utah limited liability
6  company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, STRATEGIC
7  OPPORTUNITY SOLUTIONS, LLC, a Utah limited liability company, d/b/a BUFFALO RANCH,
8  erroneously sued as BUFFALO RANCH, a business entity form unknown, GEOSTAR
9  CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III,
10  TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN,
11  LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, J.D., P.C., erroneously sued as
12  THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah
13  professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional
14  corporation, and TERRY L. GREEN.

15      1.    Defendants CLASSICSTAR, LLC and GEOSTAR CORPORATION have applied to
16  the Judicial Panel on Multidistrict Litigation ("JPML") for transfer and coordination pursuant to 28
17  U.S.C. § 1407 ("Motion for Transfer").

18      2.    That application has been briefed and is pending decision.

19      3.    If the Motion for Transfer is granted in its entirety, certain pre-trial matters will be
20  heard in the Court to which the matter is transferred.

21      4.    There are various motions which have been filed by Defendants in this Court which
22  would be heard by the Court to which the matter would be transferred. Specifically, these are: (1) a
23  motion by Defendant SPENCER D. PLUMMER III to dismiss for failure to state a claim upon which
24  relief may be granted; (2) a motion by Defendant STRATEGIC OPPORTUNITY SOLUTIONS, LLC,
25  d/b/a/ BUFFALO RANCH to dismiss for lack of personal jurisdiction; (3) a motion by Defendants
26  CLASSICSTAR, CLASSICSTAR FARMS, LLC, GEOSTAR, TONY FERGUSON, THOMAS
27  ROBINSON and JOHN PARROT to stay proceedings pending a ruling by the JPML on the Motion for
28  Transfer; and (4) a motion by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J.

STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC
AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION
PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER

1  HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER to set aside defaults which were
2  entered against them on July 11, 2007.

3     5.    In order to avoid unnecessary expense and cost while that matter is pending decision in
4  the JPML, subject to the one exception noted below, the parties agree and stipulate, without
5  adjudication of any fact or issue of law, that this Court may stay this action pending a determination on
6  the application for transfer and coordination by the JPML.

7     6.    The only exception to this Stipulation is the a Motion to Set Aside Default filed by
8  Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C.,
9  erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m.

10    7.    The parties agree to execute this Stipulation and that this Stipulation may be submitted
11  to the Court for an Order thereon.

12  Dated: 8/2/07          By: _____
13                         Richard J. Idell
                           Ory Sandel
14                         Elizabeth J. Rest
                           Attorneys for Plaintiffs Gregory R. Raifman and Susan
15                         Raifman, individually and as Trustees for the Raifman
                           Family Revocable Trust Dated 7/2/03, and Gekko
16                         Holdings, LLC, an Alaska limited liability company, dba
17                         Gekko Breeding and Racing

18
19  Dated: 8/2/07          By: _____
20                         John S. Blackman
                           Attorney for Terry Green; Karren, Hendrix, Stagg Allen
21                         & Company, P.C.

22
23  Dated: _____        By: _____
                           Edward C. Duckers
24                         Attorney for Strategic Opportunity Solutions, LLC dba
                           Buffalo Ranch & Spencer D. Plummer, III
25
26  Dated: _____        By: _____
27                         Ronald J. Sim
                           Attorney for Strategic Opportunity Solutions, LLC dba
28                         Buffalo Ranch & Spencer D. Plummer, III

                                    3

1  HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER to set aside defaults which were

2  entered against them on July 11, 2007.

3      5.      In order to avoid unnecessary expense and cost while that matter is pending decision in

4  the JPML, subject to the one exception noted below, the parties agree and stipulate, without

5  adjudication of any fact or issue of law, that this Court may stay this action pending a determination on

6  the application for transfer and coordination by the JPML.

7      6.      The only exception to this Stipulation is the a Motion to Set Aside Default filed by

8  Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C.,

9  erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m.

10      7.      The parties agree to execute this Stipulation and that this Stipulation may be submitted

11  to the Court for an Order thereon.

12  Dated: _____      By: _____

13           Richard J. Idell

         Ory Sandel

14           Elizabeth J. Rest

         Attorneys for Plaintiffs Gregory R. Raifman and Susan

15           Raifman, individually and as Trustees for the Raifman

         Family Revocable Trust Dated 7/2/03, and Gekko

16           Holdings, LLC, an Alaska limited liability company, dba

17           Gekko Breeding and Racing

18

19  Dated: _____      By: _____

20           John S. Blackman

         Attorney for Terry Green; Karren, Hendrix, Stagg Allen

21           & Company, P.C.

22  Dated: 8/2/07      By: _____

23           Edward C. Duckers

24           Attorney for Strategic Opportunity Solutions, LLC dba

         Buffalo Ranch & Spencer D. Plummer, III

25

26  Dated: _____      By: _____

27           Ronald J. Sim

         Attorney for Strategic Opportunity Solutions, LLC dba

28           Buffalo Ranch & Spencer D. Plummer, III

3

1    Dated: _8|1|07_                 By:    _____

2                                            Fred S. Blum
                                             Attorney for ClassicStar, LLC, ClassicStar Farms, LLC,
3                                            GeoStar Corporation, Tony Ferguson, Thomas Robinson
                                             and John Parrot
4

5    Dated: _____            By:    _____

6                                            John M. Drath
                                             Attorney for Handler, Thayer Duggan, LLC and Thomas
7                                            J. Handler, J.D., P.C.

8

9              **[PROPOSED] ORDER GRANTING STAY ON STIPULATION**

10           The Stipulation of the parties having been presented to the Court for an Order thereon and the

11    parties having stipulated that this Court may issue an Order staying all proceedings pending a

12    determination of the application for transfer and coordination with the exception of the Motion to Set

13    Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J.

14    HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE

15    APPEARING THEREFOR,

16           IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed

17    by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C.,

18    erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m.,

19    and without any adjudication of fact or issue of law, this matter is stayed pending a determination on

20    the application for transfer and coordination pursuant to 28 U.S.C. § 1407.

21           IT IS SO ORDERED.

22

23                                           _____

24                                           HONORABLE MARTIN J. JENKINS
                                             UNITED STATES DISTRICT COURT JUDGE
25

26

27

28

                                                    4

1  Dated: _____        By: _____
2                                   Fred S. Blum
                                    Attorney for ClassicStar, LLC, ClassicStar Farms, LLC,
3                                   GeoStar Corporation, Tony Ferguson, Thomas Robinson
                                    and John Parrot
4
5  Dated: 8/2/07                 By: _____
6                                   John M. Drath
                                    Attorney for Handler, Thayer Duggan, LLC and Thomas
7                                   J. Handler, J.D., P.C.
8
9           **[PROPOSED] ORDER GRANTING STAY ON STIPULATION**
10         The Stipulation of the parties having been presented to the Court for an Order thereon and the
11  parties having stipulated that this Court may issue an Order staying all proceedings pending a
12  determination of the application for transfer and coordination with the exception of the Motion to Set
13  Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J.
14  HANDLER, J.D., P.C., erroneously sued as THOMAS J. HANDLER, and GOOD CAUSE
15  APPEARING THEREFOR,
16         IT IS HEREBY ORDERED THAT with the exception of the Motion to Set Aside Default filed
17  by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C.,
18  erroneously sued as THOMAS J. HANDLER, scheduled to be heard on August 28, 2007, at 9:30 a.m.,
19  and without any adjudication of fact or issue of law, this matter is stayed pending a determination on
20  the application for transfer and coordination pursuant to 28 U.S.C. § 1407.
21         IT IS SO ORDERED.
22         8/3/2007                    _____
23                                     HONORABLE MARTIN J. JENKINS
24                                     UNITED STATES DISTRICT COURT JUDGE
25
26
27
28

                                              4

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP 465 California Street, Suite 300, San Francisco, California 94104.

On August 2, 2007, I served the following document(s):

STIPULATION TO STAY PROCEEDINGS PENDING DETERMINATION ON DEFENDANTS CLASSICSTAR, LLC AND GEOSTAR CORPORATION'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407; [PROPOSED] ORDER

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

John S. Blackman, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
Fax: 650-554-6240
Email: jsb@farbstein.com
*Attorney for Terry Green & Karren, Hendrix, Stagg, Allen & Company, P.C.*

Edward C. Duckers, Esq.
Vanessa A. Imberg, Esq.
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Fax: 415-676-3000
Email: ecduckers@stoel.com
          vaimberg@stoel.com
*Attorneys for Strategic Opportunity Solutions, LLC d/b/a Buffalo Ranch & Spencer D. Plummer, III*

Fred S. Blum, Esq.
Robert S. Kraft, Esq.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
Fax: 415-397-1339

J. Ronald Sim
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Fax: 206-386-7500
Email: jrsim@stoel.com

Email: fblum@bmeblaw.com
        rkraft@bmeblaw.com
*Attorneys for ClassicStar, LLC, ClassicStar*
*Farms, LLC, GeoStar Corporation, Tony*
*Ferguson, Thomas Robinson and John Parrot*

John M. Drath, Esq.
Drath, Clifford, Murphy & Hagen, LLP
1999 Harrison Street, Suite 700
Oakland, CA 94612-3517
Fax: 510-287-4050
Email: jdrath@drathlaw.com
*Attorney for Handler, Thayer & Duggan, LLC*
*and Thomas J. Handler, J.D., P.C.*

*Attorney for Strategic Opportunity Solutions,*
*LLC d/b/a Buffalo Ranch & Spencer D*
*Plummer, III*

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Suzanne Slavens