RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GREGORY R. RAIFMAN, individually and as
Trustee of the RAIFMAN FAMILY
REVOCABLE TRUST DATED 7/2/03, SUSAN
RAIFMAN, individually and as Trustee of the
RAIFMAN FAMILY REVOCABLE TRUST
DATED 7/2/03, and GEKKO HOLDINGS, LLC,
an Alaska limited liability company, dba GEKKO
BREEDING AND RACING,

        Plaintiffs,

        v.

CLASSICSTAR, LLC, a Utah limited liability
company, CLASSICSTAR FARMS, LLC, a
Kentucky limited liability company, BUFFALO
RANCH, a business entity form unknown,
GEOSTAR CORPORATION, a Delaware
corporation, S. DAVID PLUMMER, SPENCER
D. PLUMMER III, TONY FERGUSON,
THOMAS ROBINSON, JOHN PARROT,
HANDLER, THAYER & DUGGAN, LLC, an
Illinois Limited Liability Company, THOMAS J.
HANDLER, KARREN, HENDRIX, STAGG,
ALLEN & COMPANY, P.C., a Utah professional
corporation f/k/a KARREN, HENDRIX &
ASSOCIATES, P.C., a Utah professional
corporation, TERRY L. GREEN, and DOES 1-
1000 inclusive,

        Defendants.

CASE NO. C 07-02552 MJJ

**PLAINTIFFS' STATUS REPORT**

**Time:** October 23, 2007
**Date:** 2:00 p.m.
**Place:** United States District Court
Northern District-San Francisco Division
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, California 94102

**Honorable Judge Martin J. Jenkins presiding**

(e-filing)

1    Per the Court's request, Plaintiffs GREGORY R. RAIFMAN, individually and as Trustee of the

2    RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and

3    as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO

4    HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING

5    (collectively, "Plaintiffs"), submit this Status Report.

6    **A.    Motion for Transfer and Consolidation**:

7    Defendants CLASSICSTAR, LLC and GEOSTAR CORPORATION applied to the Judicial

8    Panel on Multidistrict Litigation ("JPML") for transfer and coordination pursuant to 28 U.S.C. § 1407

9    ("Motion for Transfer"). The application was briefed and a hearing took place on September 27, 2007.

10   A decision has yet to be issued by the JPML.

11   **B.    This Matter is Stayed**:

12   On August 3, 2007, the Honorable Judge Martin J. Jenkins entered an Order staying all

13   proceedings in this case pending a determination of the Motion for Transfer.[1]   Because no

14   determination on the Motion for Transfer has been made by the JPML, the stay remains in place.

15   **C.    CLASSICSTAR, LLC's Bankruptcy Filing**:

16   On or about September 14, 2007, Defendant CLASSICSTAR, LLC filed a Voluntary Petition

17   for Chapter 11 Bankruptcy in the United States Bankruptcy Court, Eastern District of Kentucky. An

18   automatic stay of all proceedings against CLASSICSTAR, LLC is therefore in place.

19   Plaintiffs may seek relief from the bankruptcy stay. If Plaintiffs decide to do so, Plaintiffs will

20   be seeking relief from the stay in effect in this case in order to move for relief of the bankruptcy stay.

21   **D.    Case Management Conference Should be Vacated and Rescheduled**:

22   Because a determination on the Motion for Transfer has not yet been made by the JPML, and

23   thus the stay remains in effect, Plaintiff requests that the Case Management Conference set for October

24   23, 2007, be vacated and reset for December 18, 2007, at 2:00 p.m. If no decision has been made by

25   the JPML by December 11, 2007, Plaintiff will file a Status Report with the Court at that time and

26

27

28
[1] The only exception to the stay was a Motion to Set Aside Default filed by Defendants HANDLER, THAYER & DUGGAN, LLC and THOMAS J. HANDLER, J.D., P.C. The Honorable Judge Jenkins signed an Order granting this Motion on August 16, 2007. The Order Granting said Motion was filed on August 20, 2007.

1  request a further continuance of the Case Management Conference.   A proposed Order is attached

2  hereto for the Court's consideration.

3

4                                          IDELL & SEITEL LLP

5

   Dated: October 15, 2007                 By:  _____

6                                          Richard J. Idell

7                                          Ory Sandel
                                           Elizabeth J. Rest

8                                          Attorneys for Plaintiffs Gregory R. Raifman and Susan
                                           Raifman, individually and as Trustees for the Raifman

9                                          Family Revocable Trust Dated 7/2/03, and Gekko
                                           Holdings, LLC, an Alaska limited liability company, dba

10                                         Gekko Breeding and Racing

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP 465 California Street, Suite 300, San Francisco, California 94104.

On October 15, 2007, I served the following document(s):

PLAINTIFF'S STATUS REPORT

☒   by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒   by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

John S. Blackman, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
Fax: 650-554-6240
Email: jsb@farbstein.com
*Attorney for Terry Green & Karren, Hendrix,
Stagg, Allen & Company, P.C.*

Edward C. Duckers, Esq.
Vanessa A. Imberg, Esq.
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Fax: 415-676-3000
Email: ecduckers@stoel.com
         vaimberg@stoel.com
*Attorneys for Strategic Opportunity Solutions,
LLC d/b/a Buffalo Ranch & Spencer D
Plummer, III*

Fred S. Blum, Esq.
Robert S. Kraft, Esq.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
Fax: 415-397-1339
Email: fblum@bmeblaw.com
         rkraft@bmeblaw.com

J. Ronald Sim
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Fax: 206-386-7500
Email: jrsim@stoel.com
*Attorney for Strategic Opportunity Solutions,
LLC d/b/a Buffalo Ranch & Spencer D.*

1

2
*Attorneys for ClassicStar, LLC, ClassicStar          Plummer, III*
*Farms, LLC, GeoStar Corporation, Tony*
*Ferguson, Thomas Robinson and John Parrot*

3

4
John M. Drath, Esq.
Drath, Clifford, Murphy & Hagen, LLP

5
1999 Harrison Street, Suite 700
Oakland, CA  94612-3517

6
Fax: 510-287-4050
Email: jdrath@drathlaw.com

7
*Attorney for Handler, Thayer & Duggan, LLC*
*and Thomas J Handler, J.D., P.C.*

8

9

10
     I certify and declare under penalty of perjury under the laws of the State of California that the

11
foregoing is true and correct and I executed this declaration at San Francisco, California.

12

13
                               Suzanne Slavens

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28