RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
ELIZABETH J. REST, ESQ. (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiffs Gregory R. Raifman and
Susan Raifman, individually and as Trustees for the
Raifman Family Revocable Trust Dated 7/2/03,
and Gekko Holdings, LLC, an Alaska
limited liability company, dba Gekko Breeding and Racing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN, individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND RACING,<br><br>        Plaintiffs,<br><br>    v.<br><br>CLASSICSTAR, LLC, a Utah limited liability company, CLASSICSTAR FARMS, LLC, a Kentucky limited liability company, BUFFALO RANCH, a business entity form unknown, GEOSTAR CORPORATION, a Delaware corporation, S. DAVID PLUMMER, SPENCER D. PLUMMER III, TONY FERGUSON, THOMAS ROBINSON, JOHN PARROT, HANDLER, THAYER & DUGGAN, LLC, an Illinois Limited Liability Company, THOMAS J. HANDLER, KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., a Utah professional corporation f/k/a KARREN, HENDRIX & ASSOCIATES, P.C., a Utah professional corporation, TERRY L. GREEN, and DOES 1-1000 inclusive,<br><br>        Defendants. | CASE NO. C 07-02552 MJJ<br><br>[PROPOSED] ORDER VACATING CURRENTLY SCHEDULED CASE MANAGEMENT CONFERENCE AND RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br>**Time:** October 23, 2007<br>**Date:** 2:00 p.m.<br>**Place:** United States District Court<br>Northern District-San Francisco Division<br>450 Golden Gate Avenue<br>Courtroom 11, 19th Floor<br>San Francisco, California 94102<br><br>**Honorable Judge Martin J. Jenkins presiding**<br><br>(e-filing) |

1

[PROPOSED] ORDER VACATING CURRENTLY SCHEDULED CASE MANAGEMENT CONFERENCE AND
RESCHEDULING CASE MANAGEMENT CONFERENCE

1  The Status Report submitted by Plaintiffs GREGORY R. RAIFMAN, individually and as
2  Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, SUSAN RAIFMAN,
3  individually and as Trustee of the RAIFMAN FAMILY REVOCABLE TRUST DATED 7/2/03, and
4  GEKKO HOLDINGS, LLC, an Alaska limited liability company, dba GEKKO BREEDING AND
5  RACING (collectively, "Plaintiffs"), through their counsel, has been considered and GOOD CAUSE
6  APPEARING THEREFOR,

7  IT IS HEREBY ORDERED that pursuant to this Court's Order filed on August 3, 2007,
8  without any adjudication of fact or issue of law, this matter remains stayed pending a determination on
9  the application for transfer and coordination pursuant to 28 U.S.C. § 1407.

10  IT IS FURTHER ORDERED that the Case Management Conference set for October 23, 2007,
11  is VACATED.

12  IT IS FURTHER ORDERED that a Case Management Conference shall be scheduled for
13  ~~December 18, 2007~~ Feb. 5, 2008, at 2:00 p.m. in Courtroom 11, 19th Floor of the United States District Court,
14  Northern District-San Francisco Division, located at 450 Golden Gate Avenue, San Francisco,
15  California, the Honorable Martin J. Jenkins presiding. If no decision has been made by the Judicial
16  Panel on Multidistrict Litigation by December 11, 2007, Plaintiff will file a Status Report with the
17  Court at that time requesting a further continuance of the Case Management Conference.

18  IT IS SO ORDERED.

19  Dated:  10/18/07

20  HONORABLE MARTIN J. JENKINS
    UNITED STATES DISTRICT [JUDGE]

21

22  Respectfully submitted,

    IDELL & SEITEL LLP

23  Dated: October 15, 2007

    By: _____
24  Richard J. Idell
    Ory Sandel
25  Elizabeth J. Rest
    Attorneys for Plaintiffs Gregory R. Raifman and Susan
26  Raifman, individually and as Trustees for the Raifman
    Family Revocable Trust Dated 7/2/03, and Gekko
27  Holdings, LLC, an Alaska limited liability company, dba
28  Gekko Breeding and Racing