1  JASON W. CROWELL
   STOEL RIVES LLP
2  600 University Street, Suite 3600
   Seattle, WA  98101
3  Phone:  (206) 386-7526
   Fax:     (206) 386-7500
4  Email:  jwcrowell@stoel.com

5  Attorneys for Strategic Opportunity Solutions, LLC,
6  d/b/a Buffalo Ranch

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  GREGORY R. RAIFMAN, et al.          Case No. 3:07-cv-02552-MJJ

12                        Plaintiffs,   **MOTION TO REMOVE VANESSA
        v.                              IMBERG AND SUBSTITUTE
13                                      JASON W. CROWELL AS
    CLASSICSTAR, LLC, et al.            COUNSEL OF RECORD**
14
                        Defendants.
15

16        This Motion to Remove Vanessa Imberg and Substitute Jason W. Crowell as counsel of

17  record for Strategic Opportunity Solution, LLC, d/b/a Buffalo Ranch is hereby submitted by the

18  undersigned counsel and in support thereof, the undersigned counsel states as follows:

19        1.     Vanessa Imberg no longer works for STOEL RIVES LLP.  Therefore, she will no

20  longer participate in any way in this case.

21        2.     Jason W. Crowell, who works for STOEL RIVES LLP, and a member in good

22  standing of the Bar of California who is registered for ECF in the Northern District at San

23  Francisco, should be substituted as counsel of record in this case for Buffalo Ranch.

24        2.     Vanessa Imberg also currently appears on the Manual Notice List for Master Case

25  No. 5:07-cv-00353-JMH, In Re: ClassicStar Mare Lease Litigation, which is was transferred by

26  MOTION TO REMOVE VANESSA IMBERG
    AND SUBSTITUTE JASON W. CROWELL
    AS COUNSEL OF RECORD            – 1 –

1  the Panel on Multidistrict Litigation to the U.S. District Court for the Eastern District of

2  Kentucky (identified as associated Case No. 5:07-cv-347-JMH).  Based on the fact that Vanessa

3  Imberg no longer works for STOEL RIVES LLP, she will no longer participate in any way in the

4  Master Case referenced in this paragraph.  A separate Motion to remove her from the Manual

5  Notice List will also be filed in the Master Case No. 5:07-cv-00353-JMH, in the U.S. District

6  Court for the Eastern District of Kentucky.

7       Based upon the foregoing, the undersigned counsel respectfully requests that this Court

8  enter its Order removing Vanessa Imberg as counsel of record in this case and substituting

9  Jason W. Crowell as counsel of record for Strategic Opportunity Solution, LLC, d/b/a Buffalo

10 Ranch.

11      DATED this 12th day of December, 2007.

12

13                          STOEL RIVES LLP

14

15                          /s/ Jason W. Crowell
                            Jason W. Crowell, California Bar No. 222509
16                          STOEL RIVES LLP
                            600 University Street, Suite 3600
17                          Seattle, WA  98101
                            Phone: (206) 386-7526
18                          Fax:    (206) 386-7500
                            Email: jwcrowell@stoel.com
19

20                          Attorney for Strategic Opportunity Solution, LLC
                            d/b/a Buffalo Ranch
21

22

23

24

25

26 MOTION TO REMOVE VANESSA IMBERG
   AND SUBSTITUTE JASON W. CROWELL
   AS COUNSEL OF RECORD            – 2 –

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following individuals whose names appear on the E-notification List for this case.

- **John Somers Blackman**
  jsb@farbstein.com,stf@farbstein.com

- **Fred M. Blum**
  fblum@bmeblaw.com,kbaker@bmeblaw.com,cwagerman@bmeblaw.com,rwarren@bmeblaw.com

- **John M. Drath**
  jdrath@drathlaw.com,lbrown@drathlaw.com

- **Edward Charles Duckers**
  ECDuckers@stoel.com,JALittau@stoel.com,dlpennington@stoel.com

- **Richard J. Idell**
  richard.idell@idellseitel.com,stephanie.huynh@idellseitel.com,courts@idellseitel.com, elizabeth.rest@idellseitel.com,suzanne.slavens@idellseitel.com,ory.sandel@idellseitel.com

- **Vanessa A. Imberg**
  VImberg@allenmatkins.com,JLittau@allenmatkins.com

- **Elizabeth Juliana Rest**
  elizabeth.rest@idellseitel.com,courts@idellseitel.com

I further certify that I caused the foregoing document to be mailed via First-Class Mail to the following non-CM/ECF participants whose names appear on the Manual Notice List for this case.

///

///

///

MOTION TO REMOVE VANESSA IMBERG
AND SUBSTITUTE JASON W. CROWELL
AS COUNSEL OF RECORD

– 3 –

1    Ory Sandel
     Idell & Seitel LLP
2    465 California Street, Suite 300
     San Francisco, CA 94104

3    DATED this 12th day of December, 2007.

4                        STOEL RIVES LLP

5

6
                         /s/ Jason W. Crowell
7                        Jason W. Crowell, California Bar No. 222509
                         STOEL RIVES LLP
8                        Attorney for Strategic Opportunity Solution, LLC
                         d/b/a Buffalo Ranch
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   MOTION TO REMOVE VANESSA IMBERG
     AND SUBSTITUTE JASON W. CROWELL
     AS COUNSEL OF RECORD                    – 4 –