1  JASON W. CROWELL
   STOEL RIVES LLP
2  600 University Street, Suite 3600
   Seattle, WA  98101
3  Phone:  (206) 386-7526
   Fax:     (206) 386-7500
4  Email:  jwcrowell@stoel.com

5  Attorneys for Strategic Opportunity Solutions, LLC,
   d/b/a Buffalo Ranch
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GREGORY R. RAIFMAN, et al. | Case No. 3:07-cv-02552-MJJ |
| Plaintiffs, | **(PROPOSED) ORDER TO REMOVE VANESSA IMBERG AND SUBSTITUTE JASON W. CROWELL AS COUNSEL OF RECORD** |
| v. | |
| CLASSICSTAR, LLC, et al. | |
| Defendants. | |

### ORDER

Upon the Motion to Remove Vanessa Imberg and substitute Jason W. Crowell as counsel of record for the above-referenced case,

**IT IS ORDERED:**

(1)     that the Clerk shall file a copy of the Motion to Remove Vanessa Imberg and Substitute Jason W. Crowell, STOEL RIVES LLP, as counsel of record, filed in this case, shall be, and the same hereby is, **GRANTED**.

(2)     that Vanessa Imberg shall be, and the same hereby is, **STRICKEN AS COUNSEL OF RECORD** in this case.

ORDER TO REMOVE VANESSA IMBERG
AND SUBSTITUTE JASON W. CROWELL
AS COUNSEL OF RECORD                – 1 –

Seattle-3397296.1 0055012- 00002

1     (3)    that Jason W. Crowell, STOEL RIVES LLP, a member in good standing of the Bar of California and who is registered for ECF in the Northern District at San Francisco, shall be shown as counsel of record for Strategic Opportunity Solution, LLC, d/b/a Buffalo Ranch, and he will be placed on the E-notification List to receive all further papers and proceedings filed in this case, except original process, at his email address, jwcrowell@stoel.com.

7     DATED this _____ day of December, 2007.

_____
The Honorable Martin J. Jenkins
U.S. District Court Judge

26 ORDER TO REMOVE VANESSA IMBERG
AND SUBSTITUTE JASON W. CROWELL
AS COUNSEL OF RECORD     – 2 –