JASON W. CROWELL
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Phone: (206) 386-7526
Fax: (206) 386-7500
Email: jwcrowell@stoel.com

Attorneys for Strategic Opportunity Solutions, LLC,
d/b/a Buffalo Ranch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY R. RAIFMAN, et al.<br><br>Plaintiffs,<br>v.<br><br>CLASSICSTAR, LLC, et al.<br><br>Defendants. | Case No. 3:07-cv-02552-MJJ<br><br>**MOTION TO REMOVE ED DUCKERS AS COUNSEL OF RECORD** |

This Motion to Remove Ed Duckers as counsel of record for Strategic Opportunity Solution, LLC, d/b/a Buffalo Ranch is hereby submitted by the undersigned counsel and in support thereof, the undersigned counsel states as follows:

1.  Even though Ed Duckers currently works for STOEL RIVES LLP, he is no longer representing STOEL RIVES LLP's client or associated in any way with this case. Therefore, he will no longer participate in this case.

2.  Ed Duckers also currently appears on the E-notification List for Case No. 3:07-cv-02552-MJJ, Raifman, et al. v. ClassicStar, et al. which originated in U.S. District Court, Northern District of California. (This associated case is identified as Case No. 5:07-cv-00347-JMH in the Master Case.) Based on the fact that Ed Duckers no longer represents STOEL RIVES LLP's client, he will no longer be participating in any way in this associated case.

1  A separate Motion to remove him from its E-notification List will also be filed in the above-
2  referenced Case No. 3:07-cv-02552-MJJ in the U.S. District Court, Northern District of
3  California.
4        Based upon the foregoing, the undersigned counsel respectfully requests that this Court
5  enter its Order removing Ed Duckers as counsel of record for Strategic Opportunity Solution,
6  LLC, d/b/a Buffalo Ranch.
7        DATED this 12th day of December, 2007.

STOEL RIVES LLP

/s/ Jason W. Crowell
Jason W. Crowell, California Bar No. 222509
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Phone: (206) 386-7526
Fax:    (206) 386-7500
Email: jwcrowell@stoel.com

Attorney for Strategic Opportunity Solution, LLC
d/b/a Buffalo Ranch

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following individuals whose names appear on the E-notification List for this case.

- **John Somers Blackman**
  jsb@farbstein.com,stf@farbstein.com

- **Fred M. Blum**
  fblum@bmeblaw.com,kbaker@bmeblaw.com,cwagerman@bmeblaw.com,rwarren@bmeblaw.com

- **John M. Drath**
  jdrath@drathlaw.com,lbrown@drathlaw.com

- **Edward Charles Duckers**
  ECDuckers@stoel.com,JALittau@stoel.com,dlpennington@stoel.com

- **Richard J. Idell**
  richard.idell@idellseitel.com,stephanie.huynh@idellseitel.com,courts@idellseitel.com, elizabeth.rest@idellseitel.com,suzanne.slavens@idellseitel.com,ory.sandel@idellseitel.com

- **Vanessa A. Imberg**
  VImberg@allenmatkins.com,JLittau@allenmatkins.com

- **Elizabeth Juliana Rest**
  elizabeth.rest@idellseitel.com,courts@idellseitel.com

I further certify that I caused the foregoing document to be mailed via First-Class Mail to the following non-CM/ECF participants whose names appear on the Manual Notice List for this case.

///

///

///

1  Ory Sandel
   Idell & Seitel LLP
2  465 California Street, Suite 300
   San Francisco, CA 94104

3  DATED this 12th day of December, 2007.

4                              STOEL RIVES LLP

5

6
                               /s/ Jason W. Crowell
7                              Jason W. Crowell, California Bar No. 222509
                               STOEL RIVES LLP
8                              Attorney for Strategic Opportunity Solution, LLC
                               d/b/a Buffalo Ranch
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Seattle-3397317.1 0055012- 000024 –