1  JASON W. CROWELL
   STOEL RIVES LLP
2  600 University Street, Suite 3600
   Seattle, WA 98101
3  Phone: (206) 386-7526
   Fax:   (206) 386-7500
4  Email: jwcrowell@stoel.com

5  Attorneys for Strategic Opportunity Solutions, LLC,
   d/b/a Buffalo Ranch
6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY R. RAIFMAN, et al. | Case No. 3:07-cv-02552-MJJ |
   |---|---|
12 | Plaintiffs, | **(PROPOSED) ORDER TO REMOVE ED DUCKERS AS COUNSEL OF RECORD** |
   | v. | |
13 | CLASSICSTAR, LLC, et al. | |
14 | | |
   | Defendants. | |
15

16                              **ORDER**

17

18     Upon the Motion to Remove Ed Duckers as counsel of record for the above-referenced

19 case,

20     **IT IS ORDERED:**

21     (1)   that the Clerk shall file a copy of the Motion to Remove Ed Duckers,

22 STOEL RIVES LLP, as counsel of record, filed in this case, shall be, and the same hereby is,

23 **GRANTED**.

24 ///

25 ///

26 ORDER TO REMOVE
   ED DUCKERS AS
   COUNSEL OF RECORD           – 1 –

1    (2)    that Ed Duckers shall be, and the same hereby is, **STRICKEN AS COUNSEL**

2    **OF RECORD** in this case.

3    DATED this _____ day of December, 2007.

4

5

6    _____

    The Honorable Martin J. Jenkins

7    U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER TO REMOVE
ED DUCKERS AS
COUNSEL OF RECORD    – 2 –