1  JASON W. CROWELL
   STOEL RIVES LLP
2  600 University Street, Suite 3600
   Seattle, WA 98101
3  Phone: (206) 386-7526
   Fax:     (206) 386-7500
4  Email: jwcrowell@stoel.com

5  Attorneys for Strategic Opportunity Solutions, LLC,
   d/b/a Buffalo Ranch
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY R. RAIFMAN, et al. | Case No. 3:07-cv-02552-MJJ |
|---|---|
|                  Plaintiffs, | ~~(PROPOSED)~~ **ORDER TO REMOVE ED DUCKERS AS COUNSEL OF RECORD** |
| v. | |
| CLASSICSTAR, LLC, et al. | |
|                  Defendants. | |

16                              **ORDER**

17

18     Upon the Motion to Remove Ed Duckers as counsel of record for the above-referenced

19 case,

20     **IT IS ORDERED:**

21     (1)    that the Clerk shall file a copy of the Motion to Remove Ed Duckers,

22 STOEL RIVES LLP, as counsel of record, filed in this case, shall be, and the same hereby is,

23 **GRANTED**.

24 ///

25 ///

26 ORDER TO REMOVE
   ED DUCKERS AS
   COUNSEL OF RECORD              – 1 –

Seattle-3397322.1 0055012- 00002

1    (2)    that Ed Duckers shall be, and the same hereby is, **STRICKEN AS COUNSEL OF RECORD** in this case.

DATED this  21st  day of December, 2007.

_____
The Hon.
U.S. Dis...
Judge Martin J. Jenkins

*IT IS SO ORDERED*
*Martin J. Jenkins*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

ORDER TO REMOVE
ED DUCKERS AS
COUNSEL OF RECORD        – 2 –